UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf
of those similarly situated, *Pro-Se*;

                Plaintiff,

NED LAMONT, in his official capacity as Governor
of Connecticut;

JOHN CARNEY, in his official capacity as Governor
of Delaware;

CHARLIE BAKER, in his official capacity as Governor
of Massachusetts;

WES MOORE, in his official capacity as Governor
of Maryland;

LAWRENCE J. HOGAN, in his former capacity as
Governor of Maryland and in his capacity as Chair, for
the National Governors Association (NGA);

PHIL MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services;

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

DOCKET NO.: _____



KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

TOM WOLF, in his official capacity as Governor
of Pennsylvania;

DAN MCKEE, in his official capacity as Governor
of Rhode Island;

KRISTEN CLARKE, in her official capacity as Assistant
Attorney General, Department of Justice, Civil Rights
Division;

MIGUEL CARDONA, in his official capacity as the
United States Secretary of Education;

THE DEMOCRATIC NATIONAL COMMITTEE;

THE REPUBLICAN NATIONAL COMMITTEE;

JOHN DOES (1-100)

JANE DOES (1-100)
            Defendants.

## COMPLAINT AND PRAYER FOR DECLARATORY, EMERGENT
## AND PERMANENT INJUNCTIVE RELIEF

## INTRODUCTION

1.    Plaintiff brings this action on behalf of those similarly situated as to herself, a citizen of these

United States, familial immigrant lineage to those who sought a new way by traversing to these

United States and its promise of the American Dream, yoking to Sidney Oscar Logan, Spec. Deputy

2

Sheriff (LaSalle Cty.,IL), General John (Blackjack Logan) and Mary Logan, Jacob Drummond Logan (MIA – Vietnam), Kenneth G. Basile (U.S. Navy), James D. Logan (U.S. Army), and Jack Torbitt (U.S. Army – Korean War Veteran). Plaintiff holds an Oath and Pledge to uphold the Constitution and protect these United States against all enemies, foreign and domestic, her covenant attestation to God and the People in January, 2021, an elected servant to the People of these United States. Fear and reprisal as to this plea on behalf of the People is dismissed altogether when weighed against the righteous repugnance as to the facts disclosed herein, facts informed by God Almighty.

2.     Plaintiff sought to retain counsel, interviewing several attorneys of esteemed reputation; however, non-profit entities including that of the former New Jersey Governor, Christine Todd Whitman, who by way of States United Democracy Center, a 501c(3) entity, did knowingly seek to impose on the People's First Amendment Rights when soliciting ethics violations be levied against a principled counselor at law for actions taken to which Ms. Whitman may or may not have agreed with. The irony of these knowing actions is disclosed when consideration is given to the exacting nature of the letter in content and the facts presented herein, "…Lawyers, particularly those who represent elected and appointed officials, have a solemn duty to the public to advise their clients within the four corners of the law, and to ensure that they do not allow themselves to become the tools by which those officials seek to undermine democratic governance."[1] The selected language of the October 4, 2021 communication served a two-fold purpose, made exacting when the Court considers actions taken against other Bar admitted members including the Texas Attorney General, Kenneth Paxton; (1) Occupy the time of John C. Eastman, Esq. who must now defend not only his vocational capacity but also his person and reputation, and (2) to extinguish the People's right to remedy under the First Amendment should facts of merit be disclosed that would warrant such undertaking, as

---

[1] Ambassador Norman Eisen (Ret.), et al., States United Democracy Center, *Request for Investigation of John C. Eastman, California State Bar No. 193726.* October 4, 2021. Accessed July 4, 2023. https://statesuniteddemocracy.org

setforth hereto; God had other plans. The actions of Ms. Whitman and her associates unequivocally dismiss the magnitude of resulting human impact as irrelevant consequence, not dissimilar to the actions of the Defendants herein; the impact on the People as much the students of Mr. Eastman, so too extending to the body of precedent born of his distinguished legal career. Ms. Whitman and her associates, under the guise of the States United Democracy Center, employed their personal political philosophies and will so as to impose themselves as much their 501c(3) entity established, to permeate the People's Rights, in direct conflict with their 501c3 tax exempt declaration[2], in a manner so egregious as to frame legal perceptions thus seek to use coercive tactics to influence elections in retaliation for ideological disenchantment resulting in usurpation to the People's rights and remedy.

3.      Respecting the Court's time, for the benefit of those who may avail themselves time to read this Complaint, Plaintiff seeks to recognize the vast body of volunteers, who are rightly, a composite of these United States, representing every walk of life, quite literally. Through a distinct and God informed skill set, the Plaintiff trained persons in each State of this fine Nation on a distinct evidence model, the 7-Points of Evidence. This plea as much birthed by their hands as that of Plaintiff's, but for disingenuous third-party actors imposing on such efforts, the Plaintiff's retained repository of records would have been replicated in each and every State across the Nation; God be with those who sought to dismantle and squander these efforts, Plaintiff will not diminish the integrity of this plea by including such names. It is the human element, so often lost in translation among COVID-19 data points, medical charts and findings; a one-dimensional representation to that of a three-dimensional being, of and belonging to one-another in support, bereavement and companionship, facets of dignity which were deprived our veterans who died, in many cases ***ALONE, zipped into a non-descript bag***, in some cases to be stacked among others, an unacceptable closure after having served with

---

[2] States United Democracy Center Inc. *Return of Organization Exempt from Income Tax (990)*, 2021; page 3, declaration of same. Accessed June 14, 2023. https://projects.propublica.org/nonprofits/organizations/861704152/202233069349300203/full

distinction in retention of the sovereignty of this Nation. The honor and integrity of the decedent's life
stories would, thereafter, become an accounting for COVID-19/CARES Act and American Rescue
Plan funding allocation and appropriation; their vote and voice having evidently lost its perceived
value once the bag had been zipped; Plaintiff's plea resuscitates their life stories. Amid this plea of
the People, each decedent's voice gathers amid those of similar dignified life testimony; Dr. Martin
Luther King, Jr., Harriet Tubman, and Cary Roque, individuals who *employed* their time gifted by
God on this earth for the betterment of humanity in advocacy that *all* people regardless of pigment,
race, origin, or creed be counted in whole among the inclusive Rights enumerated in the Constitution
and, moreover that as citizens, each understands the weight of responsibility to its shared history as
much the demand, regardless of personal cost, in its preservation. The Voting Rights Act of 1964, the
Housing Act of 1968 and our Nation's founding documents would become the surreptitious wall of
separation by which the subject Defendants, having intimate knowledge of the protective statutes,
whether State or Federal, skirted and contrived with utter malice and disregard under mask of
COVID-19, compromising those in their charge, the Executive Branch and the balance of precedent
long held as sacred tenons of these United States.

4.   On April 13, 2020, as announced by Andrew Cuomo, the Defendants, sharing common
resident traverse of a transient citizen populous, created a collective leadership structure including
Governors - Ned Lamont (CT), John Carney (DE), Charlie Baker (MA), Lawrence Hogan (MD), Wes
Moore (MD), Phil Murphy (NJ), Tahesha Way (serving as Secretary of State, NJ), Judith Persichilli
(serving as Commissioner of Health, NJ), (Sejal Hathi, Depute Commissioner of PHS, NJ), Matthew
Platkin (serving as Attorney General, NJ), Andrew Cuomo (NY), Kathy Hochul (NY), Tom Wolf
(PA), and Dan McKee (RI). Similarly, other State coalitions followed suit; WESTERN STATES
PACT (Announced by Gavin Newsom, CA Governor) - California/Colorado/Nevada/Oregon/

Washington; MIDWESTERN STATES PACT (Announced by Gretchen Whitmer, MI Governor) -

Illinois/Indiana/Kentucky/Michigan/Minnesota/Ohio/Wisconsin; NORTHERN PACT (Announced by

Janet Mills, ME Governor) - Maine/Vermont/New Hampshire; SOUTHERN STATES COALITION

(Announced by Ron DeSantis, FL Governor) - Alabama/Florida/Georgia/South Carolina/Tennessee.[3]

Plaintiff reserves the right as to the foregoing parties to be called as co-Defendants in this matter.

5.    COVID-19 PRESS RECORDINGS.  The list below represents a component of the repository

of press recordings by date.

> a.  MASSACHUSETTS: March 9, 2020 Coronavirus Press Conference with Governor
>     Baker, Mayor Walsh, Massachusetts.[4]
>
> b.  NEW YORK:  March 24, 2020 Coronavirus press conference with Governor Andrew
>     Cuomo, New York.[5]
>
> c.  MARYLAND: March 17, 2020 Coronavirus press conference with Governor Larry
>     Hogan, Maryland.[6]
>
> d.  COALITION ANNOUNCEMENT:  April 13, 2020 Joint coronavirus press conference
>     with New York, New Jersey, Connecticut, Delaware, Massachusetts, Pennsylvania and
>     Rhode Island.[7]

---

[3] Ballotpedia.org. *Multistate Agreement to Reopen After the Coronavirus (COVID-19) Pandemic, 2020.* Press Statements direct link by content. Accessed January 10, 2022.
https://ballotpedia.org/Multistate_agreements_to_reopen_after_the_conoravirus_(COVID-19)_pandemic,)2020
[4]Baker, Governor; Walsh, Mayor. March 9, 2020. *Coronavirus Press Conference.* Accessed January 10, 2022.
https://youtu.be/RLty_Yh-eic?si=LMsN6sT90Vh_S77U
[5] Cuomo, Governor.  March 24, 2020.  *New York Governor Andrew Cuomo Gives Coronavirus Update.*  Accessed January 10, 2022. https://www.youtube.com/live/S0k5k-6T1BI?si=hzvChNfQMY3GnNZB
[6] Hogan, Governor.  March 17, 2020.  Maryland Governor Larry Hogan Gives Coronavirus Update.  Accessed January 10, 2022. https://www.youtube.com/live/lw0GKgzktxI?si-Holc3iNFQFbpxGAH
[7] Press Conference. *Governors from New York, New Jersey, Connecticut, Pennsylvania, Rhode Island and Delaware To Work Together to Begin Reopening Plan.* April 13, 2020 Accessed January 10, 2022. https://www.youtube.com/watch?v=71Du5aaSrk

e.  WHITE HOUSE: March 19, 2020 Joint Presidential and Gubernatorial conference call

at Federal Emergency Management Agency ("FEMA"), National Response

Coordination Center ("NRCC")[8].

Joint Task Force Statement (excerpt):

Family First Act, waiving COVID-19 testing cost to end-users, resident citizens; public private partnership with commercial laboratories with high throughput for testing; private lab reporting to CDC; personal protective equipment ("PPE") industry coordination with donors including construction companies and private entities donating through area hospitals; ventilators and conversion protocol; FEMA emergency structure reiterated by way of the NRCC, such protocol introduced following the events arising from September 11, 2001 and subsequent Commission giving strategic insights into emergency response on a large scale. President Trump reiterated Food and Drug Administration ("FDA") has approved "compassionate use for a significant number of patients we have a drug called chloroquine, a derivation would be hydroxychloroquine...(a) common malaria drug...(who's) safety level we understand very well, relatively safe shown very encouraging results...under the head of the FDA Dr. Stephen Hahn...its approved...we're encouraging you to take a look at it, we have ordered a lot of it and you can too, it's by prescription...prescribed for malaria and very serious forms of arthritis but we believe it has a very good impact on...with respect to the virus...to me that's a game changer. The vaccines are fine, but it will be a while before you can test them...we are making tremendous progress on a vaccine, but it still takes a long while to test it. We're also studying this and other promising therapies including...Gilead, called Remdesivir...and Regeneron...they are the ones that came up with a very successful solution to Ebola.[9]

6.    On April 5, 2017, Defendant, Letitia James, serving as Public Advocate was interviewed on a

popular morning radio program. The interview detailed the Defendant's espoused views regarding the

Executive's "illegitimacy" which she attributes to millions of people not having voted due to voter

suppression, defining those voters as "individuals having voted based on their fears and economic

anxiety,"[10] during the interview she would refer to then-President Trump as an "illegitimate idiot."[11]

---

[8] President, Donald J. Trump speaks with Governors on Coronavirus Response at FEMA Headquarters. March 19, 2020.  CNBC TV.  Accessed October 1, 2023. www.youtube.com/live/MIUs08PZcdo?si=y9b1qqBgOmgtvxeR
[9] Ibid., 21:00/1:08:18.
[10] James, Letitia.  2017.  Interview by Ebro Darden, Ebro in the Morning, April 5, 2017.  Accessed October 5, 2023 https://youtu.be/7Ee-jG7uhdQ?si=ri293PiuSJ_lNUSI
[11] Ibid. (28:32/43:15)

7.	Proclamation 9994 of March 13, 2020, "Declaring a National Emergency Concerning the Novel Coronavirus (COVID-19) Outbreak,"[12] the Executive action with inclusive authorizations, supplements and amendments remaining intact, in whole or in part to the present day, attached as EXHIBIT 1. The foregoing extends to the inclusive federal partners, among them the Center for Disease Control ("CDC"), National Institutes of Health ("NIH"), etc.

8.	On August 26, 2020, Assistant Attorney General Eric Dreiband proffered a letter to Governor Murphy, New Jersey, citing the Civil Rights of Institutionalized Persons Act (CRIPA) (42 U.S.C. §1997), same attached as EXHIBIT 2. The subject letter requested reply with provision of specific data and records,

> (concerning) Public Nursing Home residents, employees, other staff, guests and visitors who died of COVID-19…guidance, directives, advisories, or executive orders regarding admission of persons (with policy history)…persons admitted to a Public Nursing Home from a hospital or other facility, hospice, homecare or other location after testing positive for COVID-19 during the period the guidance or order were in effect.[13]

9.	October 27, 2020, Assistant Attorney General Eric Dreiband and United States Attorney Craig Carpenito proffered a subsequent letter to Governor Phil Murphy, New Jersey, attached as EXHIBIT 3. Citing the Governor's responsive records to the request insufficient, the Department of Justice ("DOJ") opened an investigation pursuant to the Civil Rights of Institutionalized Persons Act (CRIPA) (42 U.S.C. §1997) specific to the New Jersey Veterans Memorial Home at Menlo Park and the New Jersey Veterans Memorial Home at Paramus.[14] No further publicly disclosed

---

[12] Federal Register. March 18, 2020. Presidential Documents. *Proclamation 9994 of March 13, 2020, Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak.* Accessed January 10, 2022 https://www.federalregister.gov/documents/2020/03/18/2020-05794/declaring-a-national-emergency-concerning-the-novel-coronovirus-disease-covid-19-outbreak

[13] Dreiband, Eric, Assistant Attorney General Civil Rights Division, U.S. Department of Justice, Letter of August 26, 2020 *Request for documentation, Evaluative Notice – Civil Rights of Institutionalized Persons Act (CRIPA).* Accessed January 10, 2022. https://www.justice.gov/opa/press-release/file/1308986/download

[14] Dreiband, Eric S., Assistant Attorney General Civil Rights Division, and Carpenito, Craig, United States Attorney, District of New Jersey. Letter to Governor Phil Murphy, *Investigation of New Jersey Veterans Memorial Home at Menlo Park and New Jersey Veterans Memorial Home at Paramus.* October 27, 2020 Accessed January 10, 2022. FOI/PA NO.22-001460-F.

8

communications regarding the cited investigation were provided until September 7, 2023, when the

DOJ released their investigative findings concerning the subject Veterans care facilities.[15]

10.    On January 30, 2020, the National Association of Secretaries of State held their winter

conference in Washington D.C.  The keynote session entitled, "Discussion on Election Security"[16]

featured speaker, Clint Watts, an author and lecturer with a background of vocational experience in

terrorism, counterterrorism and the Federal Bureau of Investigation ("FBI").[17]  Open source records

provided that Mr. Watts gave testimony to the Intelligence Committee on March 30, 2017 with

testimonial content expanded in a March, 2021 blog article which he co-authored, *Foreign*

*Interference in Elections 2022 and 2024: What Should We Be Prepare For?*, for the Foreign Policy

Research Institute.[18]  The blog post reiterates his projected beliefs concerning election interference,

> …Simultaneously, the U.S. government, Silicon Valley and the American mainstream media reassessed how to handle foreign interference in the information space targeting the 2020 presidential election, and much of this new research into the misinformation/disinformation problem informed recalibrated methods for combating such attacks…the methods, mediums and messengers pushing propaganda, misinformation and disinformation have changed dramatically since 2016…future research into electoral interference should examine how dynamics between American tech and foreign governments in these countries as well as restrictions and barriers to content delivery shape perceptions and how these modification to the free flow of the Internet will result in new innovative work-arounds by the most advanced actors determined to interfere in elections…these recommendation for future research to stop align influence in Western elections bring a close to the FIE 2020 project.  Thanks to the support of the Foreign Policy Research Institute and the Democracy Fund…(amassing) more than 65 analyses on the 2020 election and interference efforts stemming from Russia, Iran, and China.  While state-backed media outlets, like those analyzed here in the FIE 2020 project, still provide a valuable avenue for examining narratives and disinformation stemming from foreign governments…[19]

---

[15] United States Department of Justice, Civil Rights Division, United States Attorney's Office, District of New Jersey, *Investigation of the New Jersey Veterans Memorial Homes at Menlo Park and Paramus*. September 7, 2023.  Accessed September 7, 2023, https://thehill.com/homenews/state-watch/4192639-doj-new-jersey-violated-constitution-with-veterans-covid-care

[16] National Association of Secretaries of State, January 31, 2020.  Session: Election Security – Clint Watts.  Accessed January 10, 2022 https://www.c-span.org/video/?468802-1/national-association-secretaries-state-discussion-election-security

[17] CSPAN, National Association of Secretaries of State, Winter Conference.  January 31, 2020, Washington, D.C.  Accessed January 10, 2022 https://www.c-span.org/video/?468802-1/national-association-secretaries-state-discussion-election-security

[18] Watts, Chris; Chernaskey, Rachel. *Foreign Interference in Elections 2022 and 2024: What Should We Prepare For?* March 15, 2021.  Accessed October 1, 2023  https://www.fpri.org/fie/future-election-research-misinformation-disinformation

[19] Ibid.

11.     On February 8, 2020, The National Governors Association met in Washington, D.C., with 44

Governors in attendance, the presentations focused primarily on State efficiency, economic

development, infrastructure, and private sector engagement through public private partnerships

("P3"). The keynote speaker, then-Secretary of State Michael Pompeo with guest speaker, Speaker of

the House of Representatives, Nancy Pelosi. Other presenters included private industry, global

entities, Canadian premiers with the inclusive presentations having a primary focus on P3,

infrastructure and economic development areas with suggestions and examples provided to those in

attendance.[20]

12.     The Impeachment proceeding against the sitting Executive of these United States, Donald John

Trump, was held and televised commencing December 18, 2019, running concurrent with both the

National Association of Secretaries of State as well the National Governors Association conferences.

The principal weight of factors cited by the House of Representative involved foreign interference in

elections by solicitation, final charges levied were (1) abuse of power and (2) obstruction of Congress

(Article II); the President would be acquitted by the Senate, the Senate trial so too being televised

commencing January 16, 2020 through February 5, 2020.

13.     On January 30, 2021, Attorney General Letitia James released findings report regarding the

New York State nursing home response to COVID-19 pandemic.[21]

14.     On August 3, 2021, allegations of sexual harassment were levied against Governor Andrew

Cuomo by Attorney General Letitia James, an investigation followed.[22]

---

[20] National Governors Association, 2020 Winter Meeting. February 8, 2020. Accessed August 14, 2023 [CSPAN]
https://www.c-span.org/video/?469104-101/national-governors-assocation-2020-winter-meeting
[21] Office of New York Attorney General, Letitia James. *Nursing Homes Report.* January 30, 2021. Accessed August 10, 2023.
https://ag.ny.gov/sites/default/files/2021-nursinghomesreport-final.pdf
[22] Office of New York Attorney General, Letitia James. *Investigative Report.* August 3, 2021. Accessed August 10, 2023.
https://ag.ny/gov/sites/default/files/2021.08.03_nyag_-_investigative_report.pdf

15.     On August 10, 2021, Andrew Cuomo announced his resignation following the release of the

sexual harassment investigative report from Attorney General James' office, his resignation would

take effect on August 24, 2021 with Lt. Governor Kathy Hochul stepping in as Governor through the

remainder of the current term, running for re-election in 2023.  Plaintiff provides excerpt from the

announcement of the Governor's resignation from the Associated Press:

> "I am a fighter, and my instinct is to fight through this controversy because I truly believe it is
> unfair and it is untruthful"...he didn't want "distractions" to consume the state government as
> it grapples with the pandemic and other problems...Cuomo's national popularity soared during
> the harrowing spring of 2020, when New York was the lethal epicenter of the nation's
> coronavirus outbreak and he became President Donald Trump's chief antagonist in the minds
> of many Americans...as he sternly warned people to stay home and wear masks while Trump
> often brushed off the virus.  Cuomo's briefings won an international Emmy Award, and he
> went on to write a book on leadership in a crisis.[23]

16.     On January 4, 2022, the Albany County District Attorney, David Soares announced that "the

woman's complaint was credible, but that 'after review of all the available evidence we have

concluded that we cannot meet our burden at trial...dropping (the) misdemeanor criminal charge filed

against former New York Governor Andrew Cuomo...(the announcement) came within weeks of the

District attorneys of Westchester and Nassau Counties saying they would not file criminal

charges...after investigating claims...our exhaustive investigation found the allegations credible,

deeply troubling, but not criminal under New York law."[24]

17.     In December, 2022, Attorney General Letitia James' office was accused of mishandling

allegations of sexual harassment made against her Chief of Staff while delaying transparency of public

disclosure.  The law firm of Littler Mendelson was retained on October 4, 2022.  From the period of

October 4th through the time leading up to the election in November, the Defendant, Ms. James was

---

[23] Villeneuve, Marina. *Gov. Andrew Cuomo Resigns Over Sexual Harassment Allegations.* August 10, 2021. Accessed October
1, 2023. https://apnews.com/article/andrew-cuomo-resigns-17161f546bb83c32a337036ecf8d2a34
[24] Mangan, Dan. *Criminal Charge Against Former NY Gov. Andrew Cuomo dropped.* January 4, 2022. (CNBC) Accessed
October 9, 2023. https://www.cnbc.com/2022/01/04/criminal-charge-against-former-ny-gov-andrew-cuomo-is-dropped.html

inaccessible including declining to debate her political opponent. The alleged perpetrator and focus of the harassment resigned his position as Chief of Staff for Ms. James' office.[25]

18.    On March 26, 2022, the New Jersey Senate rejected the formation of an oversight committee with subpoena power, Senate Resolution 48, to investigate the New Jersey Nursing Home Pandemic Response, the measure was tabled.  The New Jersey Attorney General's office and the DOJ open and concurrent active investigations were cited as the Senate reasoning for the rejected measure.[26]

19.    Plaintiff analyzed the DOJ report issued September 7, 2023, which rightly identified CRIPA violations in the less than stellar care of Veterans at Menlo Park and Paramus during COVID-19 citing, "numerous failures, including poor communication and the lack of staff competency that allowed the virus to spread virtually unchecked through the facilities, (concluding that the two Veterans facilities) … face unreasonable risk and harm, citing poor infectious control practices and medical care."[27]  According to the report, reinforcing investigative integrity, the DOJ retained outside experts having extensive clinical care and biostatistical proficiency.

20.    In September, 2023, The Department of Health and Human Services ("DHS"), Office of Inspector General, Christi A. Grimm, issued findings entitled, "New Jersey Could Better Ensure that Nursing Homes Comply with Federal Requirements for Life Safety, Emergency Preparedness, and Infection Control,"[28] Plaintiff analyzed the report which also provided reporting for multiple States with access to each associated report, same were likewise reviewed.

---

[25] Williams, Golding, Hogan; *NY AG Letitia James Blasted by Ex-Aide for Handling of Sex Harassment Complaint.* December 7, 2022. [NY Post] Accessed October 1, 2022. https://nypost.com/2022/12/07/ny-ag-letitia-james-blasted-by-ex-aide-for-sex-harassment-handling/

[26] Legiscan.com.  New Jersey Senate Resolution 48, Vote List.  Accessed June 1, 2022.
https://legiscan.com/NJ/rollcall/SR48/id/1209890

[27] Department of Justice, Civil Rights Division, United States Attorney's Office, District of New Jersey. *Investigation of the New Jersey Veterans Memorial Homes at Menlo Park and Paramus.* September 7, 2023.  [The Hill] Accessed September 7, 2023. https://thehill.com/homenews/state-watch/4192639-doj-new-jersey-violated-constitution-with-veterans-covid-care

[28] Grimm, Christi A., *New Jersey Could Better Ensure That Nursing Homes Comply With Federal Requirements for Life Safety, Emergency Preparedness, and Infection Control.*  September, 2023.  Accessed October 3, 2023 public.affairs@oig.hhs.gov

21.     On October 3, 2023, the State of New Jersey Commission of Investigation released "An Investigation into the State of New Jersey's COVID-19 Response at the Veterans Memorial Homes,"[29] Plaintiff analyzed the report which detailed shortcomings in staffing, the complexities which were created and magnified related to sick leave rules for Civil Service and/or State employees citing COVID-19 absences, PPE access, COVID-19 testing as well as appreciative inadequacies in internal and external communication.

## JURISDICTION AND VENUE

22.     The Court has subject jurisdiction pursuant to 28 U.S.C. §§1331-1332, because the actions arose under the federal laws of these United States.  So too does this Court have jurisdiction under the Voting Rights Act of 1965, [Public Law 89–110, 79 Stat. 437] [As Amended Through P.L. 110–258, Enacted July 1, 2008], violations of the Voting Rights Act, 42 U.S.C. §§ 1971, et seq., Democratic National Committee v. Republican National Committee, 671 F. Supp. 2d 575, 579 (D.N.J. 2009), aff'd, 673 F.3d 192 (3d Cir. 2012), cert. denied, 133 S. Ct. 931 (2013); and the 14th Amendment Protections.

23.     Declaratory and permanent injunctive relief is sought as authorized in 28 U.S.C. §§2201 and 2202 (Title 28 – Judiciary and Judicial Procedure Part VI - PARTICULAR PROCEEDINGS (§§2201-4105), Ch. 151 – Declaratory Judgment (§§2201 – 2202).

24.     Venue is proper in this Judicial District under 28 U.S.C. §§1391(b)(2) and (e)(1).  Defendants are United States federal agencies, State elected officers with suit brought in their official capacities, this Court having competent jurisdiction.  Plaintiff is a resident of this Judicial District, and where a

---

[29] State of New Jersey Commission of Investigation, *An Investigation Into The State of New Jersey's COVID-19 Response at the Veterans Memorial Homes*.  October, 2023.  Accessed October 3, 2023, https://newjerseymonitor.com/wp-content/uploads/2023/10/SCI-Final-Report.pdf

substantial part of the events or omissions occurred giving rise to this Complaint and are continuing to occur within the District Court of New Jersey as well these United States.

25.     Plaintiff gathers with voices in prayer over the Judiciary as to State Sovereign Immunity Doctrine (Eleventh Amendment); the State actors named herein having affirmed their solemn Oath to the Rights enumerated in the People's stead have evidenced their absence of moral reasoning. The Book which felt the weight of each Defendant's hand in covenant by Oath was and remains an outward witness to their collective actions, it is by this Book that the People consulted in seeking justice embodied in this plea. The Defendant's determination was made knowingly and expressly in an exacting effort to silence the Rights of the People so as to manifest *their* determinative outcome.; obliterating the United States Constitution and the Voting Rights Act, 52 U.S.C. § 10301. To achieve these ends, the actors assembled in and among themselves, in some cases leveraging their schema as a form of currency in evading responsibility for their actions in and among one another, whether such emerging matters were birthed of unintended consequence or of those knowingly orchestrated, each would entrench new co-conspirators. Plaintiff does not yield to Defendants manifest by conveyance of consent or subjugation; *natura appetit perfectum*, Plaintiff's allegiance tethers to those herein unnamed, denied death by natural cause at the knowing will of the named Defendants. Given to the obligations of civility in human conduct, the magnitude of the herein claims cannot be understated; Plaintiff as well those unnamed have suffered severe injury to their most base Rights under the Constitution's representational form of government, same continuing to the present time and will continue unabated absent the deafening silence being broken. Citing the present national security related events, this plea is of significant federal interest having ripened to the point of being putrid.

**PARTIES**

26.     Plaintiff, MARY BASILE LOGAN, is a resident of New Jersey and an elected official, authorized by the Constitution and her Oath of office, sworn to God, Almighty by pledge and allegiance to pursue this action.

27.     Defendant, NED LAMONT, serving in his capacity as Governor of Connecticut, having changed the voting protocol and structure in the State of Connecticut for the November 2020 election, citing COVID-19 Emergency Authorization, Judicial activism by extraneous third parties or state of emergency.  Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same.  It is alleged that the subject Defendant was a primary actor among the parties having constructed, cultivated, and orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020, National Governors Association Conference.  Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among his peers of the National Governors Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[30], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR NATION'S BOUNDARIES.  Time has ripened the facts, now nearing irrefutability.   The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as

---

[30] *Ibid.* (12).

much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[31], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[32]; Executive Order 13977[33], Executive Order 13979[34], Executive Order 13848[35], violations of the Patriot Act, Title 52 U.S. Code §20702[36], 42 USC 4950, Ch.66[37], 18 U.S. Code § 2422(a), (b)[38], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Article III. S3.C1.1.2 Treason Clause[39]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of untimely human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

28.    Defendant, JOHN CARNEY, serving in his official capacity as Governor of the State of Delaware, having changed the voting protocol and structure in the State of Delaware for the

---

[31] *Democratic National Committee, et al. v. Republican National Committee, et al.* Case 2:81-cv-03876-DRD-MAS, Filed 01/19/2009. Accessed January 10, 2021. https://www.govinfo.gov/content/pkg/USCOURTS-njd-2_81-cv-03876/pdf/USCOURTS-njd-2_81-cv-03876-1.pdf

[32] Executive Order 12333, "United States Intelligence Activities" as amended by Executive Orders 13284 (2003), 13355 (2004) and 13480 (2008).

[33] Executive Order 13977, "Protecting Law Enforcement Officers, Judges, Prosecutors, and Their Families." Accessed May, 2021, the Federal Registry, Vol. 86, No. 13, January 22, 2021, Presidential Documents.

[34] Executive Order 13979, "Executive Order on Ensuring Democratic Accountability in Agency Rulemaking." Accessed May, 2021, Federal Registry, Vol. 86, No. 13, Friday, January 22, 2021, Presidential Documents.

[35] Executive Order 13848, September 12, 2018, extended September 7, 2021 – "Notice of the Continuation of the National Emergency with Respect to Foreign Interference in or Undermining Public Confidence in United States Elections." Accessed April 3, 2023 https://www.whitehouse.gov/briefing-room-presidential-actions/2021/09/09/notice-on-the-continuation....

[36] 52 U.S. Code §20702 – Willful concealment of records or paper required by section 20701. Pub. L. 86-449, title III, May 6, 1960, 74 Stat. 88. Accessed May 1, 2021, https://www.law.cornell.edu/uscode/text/52/20702

[37] 42 USC 4950: Volunteerism policy (The Public Health and Welfare, Ch. 66 – Domestic Volunteer Services). Accessed March, 2023, https://uscode.house.gov/view.xhtml?req=(title:42 section:4950 edition:prelim) OR (grauleid:USC-prelim-title42-section4950)&f=treesort&num=0&edit

[38] 18 U.S.C. § 2422 – Coercion and enticement. (June 25, 1948, ch. 645, 62 Stat. 812; Pub. L. 99-628 §5(b)(1), Nov. 7, 1986, 100 Stat. 3511; Pub. L. 100-690, title VII §7070, Nov. 18, 1988, 102 Stat. 4405; Pub. L. 104-104, title V, §508, Feb. 8, 1996, 110 Stat. 137; Pub. L. 105-314, title I, §102, Oct. 30, 1998, 112 Stat. 2975; Pub. L. 108-21, title I §103(a)(2)(A), (B), (b)(2)(A), Apr. 30, 2003, 117 Stat. 652, 653; Pub. L. 109-248, title II §203, July 26, 2006, 120 Stat. 613.) Accessed April 18, 2023, https://www.law.cornell.edu/uscode/text/18/2422.

[39] (Constitution. Art III, §3.C1.1.2) U.S.C. at 18 U.S.C. §2381 Treason Against the United States. Accessed September 10, 2023. https://www.law.cornell.edu/uscode/text/18/2381

November 2020 election, citing COVID-19 Emergency Authorization, Judicial activism by extraneous third parties or state of emergency. Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same. It is alleged that the Defendant was a primary actor among the parties having constructed, cultivated, and orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020, National Governors Association Conference. Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among his peers of the National Governors Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, President Donald John Trump, and those of his designation under Proclamation 9994[40], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability. The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[41], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[42]; Executive Order 13977[43], Executive Order 13979[44], Executive Order 13848[45], violations of the Patriot Act, Title 52 U.S. Code §20702[46], 42 USC 4950,

---

[40] *Ibid.* (12).
[41] *Ibid.* (3).
[42] *Ibid* (9).
[43] *Ibid.* (33).
[44] *Ibid.* (34).
[45] *Ibid.* (35).
[46] *Ibid.* (36).

Ch.66[47], 18 U.S. Code § 2422(a), (b)[48], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[49]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of untimely human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

29.     Defendant, CHARLIE BAKER, serving in his official capacity as Governor of Massachusetts, having changed the voting protocol and structure in the State of Massachusetts for the November 2020 election, citing COVID-19 Emergency Authorization, Judicial activism by extraneous third parties or state of emergency. Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same. It is alleged that the subject Defendant was a primary actor among the parties having constructed, cultivated, and orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020, National Governors Association Conference. Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among his peers of the National Governors Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[50], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal

---

[47] *Ibid.* (37).
[48] *Ibid.* (38).
[49] *Ibid. (39).*
[50] *Ibid. (12).*

18

levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL
BEYOND OUR NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability.
The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the
recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as
to cage voters[51], compromise their health and welfare, the integrity and intent of the Separation of
Church and State; Executive Order 12333[52]; Executive Order 13977[53], Executive Order 13979[54],
Executive Order 13848[55], violations of the Patriot Act, Title 52 U.S. Code §20702[56], 42 USC 4950,
Ch.66[57], 18 U.S. Code § 2422(a), (b)[58], the Civil Rights Act of 1964 – inclusive of the Commerce
Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III.
S3.C1.1.2 Treason Clause[59]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's
culpability is evident, not only by his knowing action as a principal collaborator but also of his
passivity, the absence of corrective action withheld all the while observing the gravity of resulting
consequences, extending to the loss of untimely human life to which he participated in ending,
informs premeditated action of all presented allegations and claims.

30.     Defendant, WES MOORE, serving in his official capacity as Governor of Maryland, his
predecessor having changed the voting protocol and structure in the State of Maryland for the
November 2020 election, citing COVID-19 Emergency Authorization, Judicial activism by extraneous
third parties or state of emergency. In accepting his Oath of office in January, 2023, and in the
proceeding period of time since, the Defendant has made no effort to disclose the truth concerning

---

[51] *Ibid. (3).*
[52] *Ibid* (9).
[53] *Ibid.* (33)
[54] *Ibid.* (34).
[55] *Ibid.* (35)
[56] *Ibid.* (36)
[57] *Ibid.* (37)
[58] *Ibid.* (38).
[59] *Ibid. (39).*

COVID-19 in the interest of the American people, nor has he taken any action to rescind the unprecedented election changes enacted and codified. Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same – THE PEOPLE HAVING PAID THE PRICE FOR THE DEFENDANT'S PASSIVITY. Time has ripened the facts, now nearing irrefutability.   The collective actions were absolutely conspiratorial in nature, dubious in intent, with the outcome being so egregious and repugnant so as to cage voters[60], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[61]; Executive Order 13977[62], Executive Order 13979[63], Executive Order 13848[64], violations of the Patriot Act, Title 52 U.S. Code §20702[65], 42 USC 4950, Ch.66[66], 18 U.S. Code § 2422(a), (b)[67], the Civil Rights Act of 1964 – inclusive of the §§ Commerce Clause of Article I, Sections I (Voting Rights); and VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[68]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, by his knowing passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the ongoing usurpations of the Rights of the People, informs premeditated action of all presented allegations and claims.

31.     Defendant, LAWRENCE HOGAN, serving in his former capacity as Governor of Maryland, having changed the voting protocol and structure in the State of Maryland for the November 2020 election. Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same.  It is alleged that the subject

---

[60] *Ibid. (3).*
[61] *Ibid (9).*
[62] *Ibid. (33)*
[63] *Ibid. (34).*
[64] *Ibid. (35).*
[65] *Ibid. (36)*
[66] *Ibid. (37).*
[67] *Ibid. (38).*
[68] *Ibid. (39).*

Defendant was a primary actor among the parties having constructed, cultivated, and orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020, National Governors Association Conference.  Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among his peers of the National Governors Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[69], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR NATION'S BOUNDARIES.  Time has ripened the facts, now nearing irrefutability.   The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[70], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[71]; Executive Order 13977[72], Executive Order 13979[73], Executive Order 13848[74], violations of the Patriot Act, Title 52 U.S. Code §20702[75], 42 USC 4950, Ch.66[76], 18 U.S. Code § 2422(a), (b)[77], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[78].  Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident,

---

[69] *Ibid. (12).*
[70] *Ibid. (3).*
[71] *Ibid* (9).
[72] *Ibid.* (33)
[73] *Ibid.* (34).
[74] *Ibid.* (35).
[75] *Ibid.* (36).
[76] *Ibid.* (37).
[77] *Ibid.* (38).
[78] *Ibid. (39).*

not only by his knowing action as a principal collaborator but also of his passivity, the absence of

corrective action withheld all the while observing the gravity of resulting consequences, extending to

the loss of the untimely human life to which he participated in ending, informs premeditated action of

all presented allegations and claims.

32.    Defendant, PHIL MURPHY, serving in his capacity as Governor of New Jersey, Plaintiff

alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution,

expressly eviscerating his attestation to same.  It is alleged that the subject Defendant was a primary

actor among the parties having constructed, cultivated, and orchestrated the covert schema under mask

of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook

extending to other affiliate Governors by venue of the February 8, 2020, National Governors

Association Conference.  Plaintiff alleges that Defendant did knowingly withhold facts in evidence

while abetting a cover and overt scheme among his peers of the National Governors Association

surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to

subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[79],

later coalescing such schema in and among the Judicial and Legislative branches, filtering to

governmental Administrative offices, thereafter to the County and Municipal levels of government –

THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR

NATION'S BOUNDARIES.  Time has ripened the facts, now nearing irrefutability.   The collective

actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as

much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[80],

compromise their health and welfare, the integrity and intent of the Separation of Church and State;

---

[79] *Ibid. (12).*
[80] *Ibid. (3).*

Executive Order 12333[81]; Executive Order 13977[82], Executive Order 13979[83], Executive Order 13848[84], violations of the Patriot Act, Title 52 U.S. Code §20702[85], 42 USC 4950, Ch.66[86], 18 U.S. Code § 2422(a), (b)[87], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[88]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

33.    Defendant, TAHESHA WAY, serving in her official capacity as Lt. Governor, formerly as Secretary of State of New Jersey, having overseen the election protocol and structure in the State of New Jersey for the November, 2020 election, certifying same on December 9, 2020, Plaintiff alleges that Defendant did knowingly breach her Oath of Office, an absolute dereliction of her Pledge to uphold the Constitution, expressly eviscerating her attestation to same. It is alleged that the subject Defendant was a primary actor among the parties having constructed, cultivated, orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Secretaries of State at the January, 2020 National Secretaries of State Conference. Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among her peers of the National

---

[81] *Ibid* (9).
[82] *Ibid.* (33).
[83] *Ibid.* (34).
[84] *Ibid.* (35).
[85] *Ibid.* (36).
[86] *Ibid.* (37).
[87] *Ibid.* (38).
[88] *Ibid. (39).*

Association of Secretaries of State surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[89], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability. The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[90], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[91]; Executive Order 13977[92], Executive Order 13979[93], Executive Order 13848[94], violations of the Patriot Act, Title 52 U.S. Code §20702[95], 42 USC 4950, Ch.66[96], 18 U.S. Code § 2422(a), (b)[97], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[98]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

---

[89] *Ibid. (12).*
[90] *Ibid. (3).*
[91] *Ibid* (9).
[92] *Ibid.* (33).
[93] *Ibid.* (34).
[94] *Ibid.* (35).
[95] *Ibid.* (36).
[96] *Ibid.* (37).
[97] *Ibid.* (38).
[98] *Ibid. (39).*

34.    Defendant, MATTHEW PLATKIN, in his official capacity as Attorney General, an

appointment, for the State of New Jersey, Plaintiff alleges that the Defendant by knowing action has

eviscerated his Oath of Office. It is alleged that the subject Defendant was a primary actor among the

parties having constructed, cultivated, orchestrated the covert schema under mask of COVID-19,

among primary co-conspirators and the named co-Defendants. Plaintiff alleges that Defendant did

knowingly withhold facts in evidence while abetting a cover and overt scheme among his co-

Defendants surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner

so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation

9994[99], later coalescing such schema in and among the Judicial and Legislative branches, filtering to

governmental Administrative offices, thereafter to the County and Municipal levels of government –

THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR

NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability. The collective

actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as

much assemblage of parties with the outcome being so egregious and repugnant so as to cage

voters[100], compromise their health and welfare, the integrity and intent of the Separation of Church

and State; Executive Order 12333[101]; Executive Order 13977[102], Executive Order 13979[103], Executive

Order 13848[104], violations of the Patriot Act, Title 52 U.S. Code §20702[105], 42 USC 4950, Ch.66[106],

18 U.S. Code § 2422(a), (b)[107], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of

Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2

---

[99] *Ibid. (12).*
[100] *Ibid. (3).*
[101] *Ibid* (9).
[102] *Ibid.* (33).
[103] *Ibid.* (34).
[104] *Ibid.* (35).
[105] *Ibid.* (36).
[106] *Ibid.* (37).
[107] *Ibid.* (38).

Treason Clause[108]. Such actions compromised persons, creating extensive vulnerability while knowingly withholding accountability under the Rule of Law in the interest of her co-conspirator so as to assure *their* capacity retention at the *expense* of the People, weaponizing elections by process and autonomy, regardless of political ideology or subdivision in direct and irrefutable contradiction to the Voting Rights Act. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

35.     JUDITH PERSICHILLI, serving in her former capacity as the Commissioner of Health and Human Services for the State of New Jersey, in such capacity, the Defendant stood down her pledge in the interest of humanity as much in New Jersey as the other States of co-Defendants, disavowing her Nightingale Oath and medical ethics. Plaintiff contends that in her capacity the Defendant is no less culpable than her peer Defendants, having sought no course correction, statements, or actions in the interest of the People, to that end, Defendant eviscerated her pledge to the Constitution and to the People of these United States. The Defendant's actions in her official capacity subverted the Executive, Donald John Trump, and those of his designation under Proclamation 9994[109], compromising the People's health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[110]; Executive Order 13977[111], Executive Order 13979[112], Executive

---

[108] *Ibid. (39).*
[109] *Ibid. (12).*
[110] *Ibid* (9).
[111] *Ibid.* (33).
[112] *Ibid.* (34).

Order 13848[113], violations of the Patriot Act, Title 52 U.S. Code §20702[114], 42 USC 4950, Ch.66[115], 18 U.S. Code § 2422(a), (b)[116], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[117]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by her knowing action as a principal collaborator but also of her passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the untimely loss of human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

36.    SEJAL HATHI, serving in her capacity as the Deputy Commissioner for Health Services for the State of New Jersey, in such capacity, the Defendant stood down her pledge in the interest of humanity as much in New Jersey as the other States of co-Defendants, disavowing her Hippocratic Oath, medical ethics and pledge to the People. Plaintiff contends that in her capacity the Defendant is no less culpable than her peer Defendants, having sought no course correction, statements, or actions in the interest of the People, to that end, Defendant eviscerated her pledge to the Constitution and to the People of these United States. The Defendant's actions in her official capacity subverted the Executive Branch and those of his designation under Proclamation 9994[118], compromising the People's health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[119]; Executive Order 13977[120], Executive Order 13979[121], Executive Order 13848[122],

---

[113] *Ibid.* (35).
[114] *Ibid.* (36).
[115] *Ibid.* (37).
[116] *Ibid.* (38).
[117] *Ibid. (39).*
[118] *Ibid. (12).*
[119] *Ibid* (9).
[120] *Ibid.* (33).
[121] *Ibid.* (34).
[122] *Ibid.* (35).

violations of the Patriot Act, Title 52 U.S. Code §20702[123], 42 USC 4950, Ch.66[124], 18 U.S. Code §

2422(a), (b)[125], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections

I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[126].

Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only

by her knowing action as a principal collaborator but also of her passivity, the absence of corrective

action withheld all the while observing the gravity of resulting consequences, extending to the

untimely loss of human life to which he participated in ending, informs premeditated action of all

presented allegations and claims.

37.    Defendant, KATHY HOCHUL, serving in her official capacity as Governor of New York,

formerly as Lt. Governor, her predecessor having changed the voting protocol and structure in the

State of New York for the November 2020 election, citing COVID-19 Emergency Authorization or

state of emergency.  In accepting her Oath of office in August, 2021, and in the proceeding period of

time since, the Defendant has made no effort to disclose the truth concerning COVID-19 in the

interest of the American people, facts which the Plaintiff alleges the Defendant attempted to

surreptitiously conceal while advancing her political career while the People of New York and these

United States were made to suffer to no avail. As Lt. Governor, Defendant co-colluded in a manner so

as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation

9994[127], later coalescing such schema in and among the Judicial and Legislative branches, filtering to

governmental Administrative offices, thereafter to the County and Municipal levels of government –

THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR

---

[123] *Ibid.* (36).
[124] *Ibid.* (37).
[125] *Ibid.* (38).
[126] *Ibid. (39).*
[127] *Ibid. (12).*

NATION'S BOUNDARIES, expressly eviscerating her attestation to her Oath of Office. Time has ripened the facts, now nearing irrefutability. The collective actions were absolutely conspiratorial in nature, dubious in intent, with the outcome being so egregious and repugnant so as to cage voters[128], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[129]; Executive Order 13977[130], Executive Order 13979[131], Executive Order 13848[132], violations of the Patriot Act, Title 52 U.S. Code §20702[133], 42 USC 4950, Ch.66[134], 18 U.S. Code § 2422(a), (b)[135], the Civil Rights Act of 1964 – inclusive of the §§ Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[136]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, by her knowing actions to advance codified policy, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the untimely loss of human life to which she participated in ending, informs premeditated action of all presented allegations and claims.

38.     Defendant, ANDREW CUOMO, serving in his former capacity as Governor of New York, Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same. It is alleged that the subject Defendant was a primary actor among the parties having constructed, cultivated, orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020, National Governors

---

128 *Ibid. (3).*
129 *Ibid* (9).
130 *Ibid.* (33).
131 *Ibid.* (34).
132 *Ibid.* (35).
133 *Ibid.* (36).
134 *Ibid.* (37).
135 *Ibid.* (38).
136 *Ibid. (39).*

Association Conference. Plaintiff alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt scheme among his peers of the National Governors Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation 9994[137], later coalescing such schema in and among the Judicial and Legislative branches, filtering to governmental Administrative offices, thereafter to the County and Municipal levels of government –

THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR NATION'S BOUNDARIES. Plaintiff alleges that Defendant resigned to evade the culpability of his actions yet to be disclosed while capitulating to those of his co-conspirators, publicly professing actions of lesser degree, a coward in every sense of the word. Time has ripened the facts, now nearing irrefutability. The collective actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[138], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[139]; Executive Order 13977[140], Executive Order 13979[141], Executive Order 13848[142], violations of the Patriot Act, Title 52 U.S. Code §20702[143], 42 USC 4950, Ch.66[144], 18 U.S. Code § 2422(a), (b)[145], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[146]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also

---

[137] *Ibid. (12).*
[138] *Ibid. (3).*
[139] *Ibid* (9).
[140] *Ibid.* (33).
[141] *Ibid.* (34).
[142] *Ibid.* (35).
[143] *Ibid.* (36)
[144] *Ibid.* (37).
[145] *Ibid.* (38).
[146] *Ibid. (39).*

of his passivity, the absence of corrective action withheld all the while observing the gravity of

resulting consequences, extending to the loss of human life to which he participated in ending,

informs premeditated action of all presented allegations and claims.

39.    Defendant, LETITIA JAMES, serving in her official capacity as Attorney General of the State

of New York, Plaintiff alleges that the Defendant by knowing action has eviscerated her Oath of

Office. It is alleged that the subject Defendant was a primary actor among the parties having

constructed, cultivated, and orchestrated the covert schema under mask of COVID-19. Plaintiff

alleges that Defendant did knowingly withhold facts in evidence while abetting a cover and overt

scheme among her co-Defendants surrounding COVID-19 in epic proportion, insodoing Defendant

co-colluded in a manner so as to subvert the Executive, Donald John Trump, and those of his

designation under Proclamation 9994[147], later coalescing such schema in and among the Judicial and

Legislative branches, filtering to governmental Administrative offices, thereafter to the County and

Municipal levels of government – THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING

WELL BEYOND OUR NATION'S BOUNDARIES. Time has ripened the facts, now nearing

irrefutability. Plaintiff alleges that the Defendant's actions escalate in conspiratorial nature, dubious in

intent, extending to the recruitment as much assemblage of parties with the outcome being so

egregious and repugnant so as to cage voters,[148] compromise their health and welfare, the integrity and

intent of the Separation of Church and State; Executive Order 12333[149]; Executive Order 13977[150],

Executive Order 13979[151], Executive Order 13848[152], violations of the Patriot Act, Title 52 U.S. Code

---

[147] *Ibid.* (4).
[148] *Ibid.* (3).
[149] *Ibid* (9).
[150] *Ibid.* (33).
[151] *Ibid.* (34).
[152] *Ibid.* (35).

§20702[153], 42 USC 4950, Ch.66[154], 18 U.S. Code § 2422(a), (b)[155], the Civil Rights Act of 1964 –

inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections)

and Constitution Art. III. S3.C1.1.2 Treason Clause[156].  Plaintiff alleges, citing the facts herein

disclosed, that the Defendant's culpability is evident, acts of such atrocity and callousness as to exact

those in her charge to carry out same, all the while observing the gravity of resulting consequences,

extending to the loss of human life to which she participated in ending, informs premeditated action of

all presented allegations and claims. The Defendant, dissatisfied with railroading the sitting United

States President, emboldened by undisclosed conspiratorial mapping, she employed the color of law to

exact personal gravitas for what amounts to political ego fulfillment by waging an overt scheme in an

attempt to forcibly bankrupt the former President, Donald John Trump; so intent on her systematic

legal crafting that, at her bequest, dissolution documents were filed on the first day of hearings,

October 2, 2023.  Such actions compromised the whole of New York including but not limited to

extraneous parties, creating vulnerability for other matters of legal consideration as well the economic

welfare of the citizen populous of New York.  In applying her legal craft by Oath in such a manner as

to threaten, obstruct and disenfranchise owners from sovereign enterprise, the Defendant sent a clear

and resounding message to every business owner in New York, regardless of political ideology.  The

foregoing allegations, on their own merit are reprehensible; however, Plaintiff asks that the Court

weigh these allegations against the coupled acts which simultaneously transpired. The Defendant's

concealed knowledge when applied to her obligation to the Rule of Law became an inconvenient vex

in contrast to her autonomous interest and those of her co-conspirator so as to assure *their* capacity

retention at the *expense* of the People, weaponizing elections by process and autonomy, regardless of

---

[153] *Ibid.* (36).
[154] *Ibid.* (37).
[155] *Ibid.* (38).
[156] *Ibid. (39).*

political ideology or subdivision in direct and irrefutable contradiction to the Voting Rights Act.
Plaintiff alleges that the Defendant, in the company of her co-Defendants, were not satisfied merely
with influencing elections by public oration; but in determination of the outcome by weaponization of
capacity, a capacity granted by Oath to the Constitution, insodoing, the Defendant has evidenced a
determination to control the selection of the Executive branch of Government, dismissing the People
of these United States, altogether.

40.     Defendant, TOM WOLF, serving in his official capacity as Governor of Pennsylvania, having
changed the voting protocol and structure in the State of Pennsylvania for the November 2020
election, citing COVID-19 Emergency Authorization, Judicial activism by extraneous third parties or
state of emergency. Plaintiff alleges that Defendant did knowingly breach his Oath of Office and
Pledge to uphold the Constitution, expressly eviscerating his attestation to same. It is alleged that the
subject Defendant was a primary actor among the parties having constructed, cultivated, orchestrated
the covert schema under mask of COVID-19, among primary co-conspirators and the named co-
Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020,
National Governors Association Conference. Plaintiff alleges that Defendant did knowingly withhold
facts in evidence while abetting a cover and overt scheme among his peers of the National Governors
Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner
so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation
9994[157], later coalescing such schema in and among the Judicial and Legislative branches, filtering to
governmental Administrative offices, thereafter to the County and Municipal levels of government –
THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR
NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability. The collective

---

[157] *Ibid. (12).*

actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant so as to cage voters[158], compromise their health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[159]; Executive Order 13977[160], Executive Order 13979[161], Executive Order 13848[162], violations of the Patriot Act, Title 52 U.S. Code §20702[163], 42 USC 4950, Ch.66[164], 18 U.S. Code § 2422(a), (b)[165], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[166]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, not only by his knowing action as a principal collaborator but also of his passivity, the absence of corrective action withheld all the while observing the gravity of resulting consequences, extending to the loss of untimely human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

41.    Defendant, DAN MCKEE, serving in his official capacity as Governor of Rhode Island, having changed the voting protocol and structure in the State of Rhode Island for the November 2020 election, Plaintiff alleges that Defendant did knowingly breach his Oath of Office and Pledge to uphold the Constitution, expressly eviscerating his attestation to same. It is alleged that the subject Defendant was a primary actor among the parties having constructed, cultivated, orchestrated the covert schema under mask of COVID-19, among primary co-conspirators and the named co-Defendants; their playbook extending to other affiliate Governors by venue of the February 8, 2020,

---

[158] *Ibid. (3).*
[159] *Ibid* (9).
[160] *Ibid.* (33).
[161] *Ibid.* (34).
[162] *Ibid.* (35).
[163] *Ibid.* (36).
[164] *Ibid.* (37).
[165] *Ibid.* (38).
[166] *Ibid. (39).*

National Governors Association Conference. Plaintiff alleges that Defendant did knowingly withhold
facts in evidence while abetting a cover and overt scheme among his peers of the National Governors
Association surrounding COVID-19 in epic proportion, insodoing Defendant co-colluded in a manner
so as to subvert the Executive, Donald John Trump, and those of his designation under Proclamation
9994[167], later coalescing such schema in and among the Judicial and Legislative branches, filtering to
governmental Administrative offices, thereafter to the County and Municipal levels of government –
THE PEOPLE'S HARMS, INCALCULABLE AND EXTENDING WELL BEYOND OUR

NATION'S BOUNDARIES. Time has ripened the facts, now nearing irrefutability. The collective
actions were absolutely conspiratorial in nature, dubious in intent, extending to the recruitment as
much assemblage of parties with the outcome being so egregious and repugnant so as to cage
voters[168], compromise their health and welfare, the integrity and intent of the Separation of Church
and State; Executive Order 12333[169]; Executive Order 13977[170], Executive Order 13979[171], Executive
Order 13848[172], violations of the Patriot Act, Title 52 U.S. Code §20702[173], 42 USC 4950, Ch.66[174],
18 U.S. Code § 2422(a), (b)[175], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of
Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2
Treason Clause[176]. Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability
is evident, not only by his knowing action as a principal collaborator but also of his passivity, the
absence of corrective action withheld all the while observing the gravity of resulting consequences,

---

[167] *Ibid. (12).*
[168] *Ibid. (3).*
[169] *Ibid* (9).
[170] *Ibid.* (37).
[171] *Ibid.* (34).
[172] *Ibid.* (35).
[173] *Ibid.* (36).
[174] *Ibid.* (37).
[175] *Ibid.* (38).
[176] *Ibid. (39).*

extending to the loss of untimely human life to which he participated in ending, informs premeditated action of all presented allegations and claims.

42.    Defendant, MIGUEL CARDONA, serving in his official capacity as Director of the Department of Education, Plaintiff alleges that Defendant did knowingly breach his Oath to the whole of the American people and, specifically its children, permitting venue to policy and action which knowingly breaches their legal protections. Such actions began immediately upon taking his Oath of Office and have continued, unabated, these include actions to perpetuate the COVID-19 schemas mandates while advancing a calculated and heinous flood of vulnerabilities among the protected[177] class of citizens, our Nation's children. It is alleged that Defendant articulated exacting policy so as to diminish the academic viability of the protected class, colluding with the extraneous helpmates including third parties under guise of the COVID-19 crisis, including but not limited to the Central Intelligence Agency (CIA) who is the parent entity of Research Triangle International ("RTI"); RTI commenced mental health inreach in and among University, Collegiate and K-12 academia venues. It is alleged that such actions have caused irreparable and lasting harm to the subject protected class. Plaintiff alleges that Defendant and the extraneous parties, whether by policy or directive, did knowingly collude in and among Defendant's knowing actions by willfully carrying out such impositions on these sovereign citizens while working in and among co-Defendants and third-party actors. The collective actions fostered venue and opportunity for chaos where none otherwise existed, an orchestrated self-fulfilling prophesy, wherein parents and children alike would become rightly enraged, allowing for the exactment of Federal and State policy to be levied against them, so as to further impose on their 1st Amendment Rights; among them parental rights and entering into the sacred, sanctified area by origin of God, Almighty, those being of and between parent and child, by

---

[177] United States Department of Education, "Protection of Pupil Rights Amendment (PPRA)." Accessed June, 2022, via https://studentprivacy.ed.gov/faq/what-protection-pupil-rights-amendment-ppra

which legal tenons and extraneous 3rd party actors would, thereafter exploit through legal encroachment of additional policy action. Plaintiff further alleges that the foregoing actions were orchestrated knowingly, willfully and premeditated in every State of these United States, once enacted under the guise of national emergency continuity, co-Defendants took up the mantle so as to create and enact legislative strongholds against the familial structure of the People of these United States and the sovereign of Createds. Plaintiff alleges, citing the facts herein, that the Defendant's culpability is evident, knowing and premeditated as a principal collaborator in the COVID-19 schema, his passivity to the evident harms and absence of corrective action taken since the inception of Constitutional usurpations, the Defendant eviscerated his Oath and pledge to the People and children of these United States. The Defendant has contributed in compromising the People's health and welfare, the integrity and intent of the Separation of Church and State; Executive Order 12333[178]; Executive Order 13977[179], Executive Order 13979[180], Executive Order 13848[181], violations of the Patriot Act, Title 52 U.S. Code §20702[182], 42 USC 4950, Ch.66[183], 18 U.S. Code § 2422(a), (b)[184], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[185].

43.    Defendant, KRISTEN CLARKE, acting in her capacity as the Assistant Attorney General, Civil Rights Division, Department of Justice for the United States, Plaintiff alleges that Defendant did knowingly breach her Oath of Office, a dereliction of her Pledge to uphold the Constitution. It is alleged that Defendant immediately upon taking office through the present day has sought to exploit

---

[178] *Ibid* (9).
[179] *Ibid.* (33).
[180] *Ibid.* (34).
[181] *Ibid.* (35).
[182] *Ibid.* (36).
[183] *Ibid.* (37).
[184] *Ibid.* (38).
[185] *Ibid. (39).*

situational circumstance, egregious in nature, in an effort to advance legal framework and a political

career while breathing new life into voter caging with the aid and support of the Attorney General in

the State of New Jersey[186] and among 23 other States, creating chaos and controversy within the

election process where none otherwise existed. The Defendant capitulated to political theatre solely

for the purpose of self-effacing aggrandization to affect intent of election interference, at the expense

of the inclusive People of these United States to exact a crevice by which the DOJ would reserve to

knowingly exploit by pleading to effectuate precedent, holding the People's sovereign voice as

expressed by vote, hostage - voter caging. It is further alleged that the Defendant and those in her

charge did knowingly mask the true and egregious actions of the co-Defendants herein named, in the

DOJ investigation of the Veteran homes in Menlo Park and Paramus, perverting transparent public

disclosure of the facts in evidence, facts knowingly withheld from the September 7, 2023[187]

investigative report and, did knowingly delay such investigation so as to cage the voters of the State of

New Jersey in the 2021 gubernatorial election, thus evidencing knowing malicious intent. Plaintiff

alleges that the foregoing omissions within the content and exploratory findings, compromise the

DOJ's investigative integrity, in this case as much all others, the Defendant's directive to mask the

true facts concerning COVID-19 and the culpability of co-Defendants herein named, evidence an

sinister posture on the part of the DOJ. Citing the facts herein disclosed, the Defendant's culpability is

made evident, if not by knowing action as a principal collaborator in the COVID-19 schema, then by

passivity; despite ample opportunity to take corrective action, the Defendant willfully chose to

perpetuate her actions annulling her Oath and pledge to the People of these United States. The

---

[186]Press Release, October 28, 2022, Office of the Attorney General Matthew J. Platkin, State of New Jersey, Department of Law and Public Safety. Accessed December 5, 2022, https://www.njoag.gov

[187] United States Department of Justice, Civil Rights Division, United States Attorney's Office, District of New Jersey, "Investigation of the New Jersey Veterans Memorial Homes at Menlo Park and Paramus," September 7, 2023. Accessed September 7, 2023, https://thehill.com/homenews/state-watch/4192639-doj-new-jersey-violated-constitution-with-veterans-covid-care

collective actions are unquestionably conspiratorial in nature, dubious in intent, extending to the recruitment as much assemblage of parties with the outcome being so egregious and repugnant as to compromise human health and welfare. Such actions compromised persons, creating extensive vulnerability while knowingly withholding accountability under the Rule of Law in the interest of her co-conspirator so as to assure *their* capacity retention at the *expense* of the People, weaponizing elections by process and autonomy, regardless of political ideology or subdivision in direct and irrefutable contradiction to the Voting Rights Act. Defendant expressly usurped Executive Order 12333[188]; Executive Order 13977[189], Executive Order 13979[190], Executive Order 13848[191], violations of the Patriot Act, Title 52 U.S. Code §20702[192], 42 USC 4950, Ch.66[193], 18 U.S. Code § 2422(a), (b)[194], the Civil Rights Act of 1964 – inclusive of the Commerce Clause of Article I, Sections I (Voting Rights); VIII (Equal Protections) and Constitution Art. III. S3.C1.1.2 Treason Clause[195]. Plaintiff alleges that the Defendant, in the company of her co-Defendants, is not satisfied merely with influencing elections by public oration; but through the weaponization of capacity, a capacity granted by Oath to the Constitution, insodoing, the Defendant has evidenced a determination to control the selection of the Executive branch of Government, dismissing the People of these United States, altogether.

44.     Defendant, the DEMOCRATIC NATIONAL COMMITTEE, in its organizational Charter capacity, Plaintiff alleges gross negligence of public trust, abandonment, and desertion of its foremost organizational pledge by Charter to itself and its members, "we pledge ourselves to open, honest

---

[188] *Ibid* (9).
[189] *Ibid.* (33).
[190] *Ibid.* (34).
[191] *Ibid.* (35)
[192] *Ibid.* (36)
[193] *Ibid.* (37).
[194] *Ibid.* (38).
[195] *Ibid* (39).

endeavor and to the conduct of public affairs in a manner worthy of a society of free people. Under God, and for these ends and upon these principles, we do establish and adopt this Charter of the Democratic Party of the United States of America."[196] Plaintiff alleges that the Defendant stood down their Charter and obligations to the People, obviating their pledge by avowing to extreme ideology, policy formulation and organizational support which married to the culpability of the co-Defendants in eviscerating the People's sovereign rights.   It is further alleged that the Defendant, working in collaboration with the co-Defendants, provided venue to third party actors to participate in sacred areas unintended for such participation, the parties attach by donor capacity, placing superiority of *their* capacity and monetary advancement to that of the Rights and will of the People – caging their voice and their vote as folly for political aggrandizement.  Plaintiff alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, if not by knowing action as a principal collaborator in the COVID-19 schema, then by passivity; the Defendant's absence of corrective action taken since the inception of Constitutional usurpations, in either case, the Defendant annulled its Charter.

45.     Defendant, the REPUBLICAN NATIONAL COMMITTEE, in its organizational Charter capacity, Plaintiff alleges neglect of public trust in the abandonment and desertion of its foremost ideals and pledge by Charter to itself and its members, "Ours is the party of liberty, the party of equality, of opportunity for all, and favoritism for none. It is the intent and purpose of these rules to encourage and allow the broadest possible participation of all voters in Republican Party activities at all levels and to assure that the Republican Party is open and accessible to all Americans."[197]  It is further alleged that the Defendant, working in collaboration with the co-Defendants, provided venue

---

[196] The Charter and Bylaws of the Democratic Party of the United States, as amended by the Democratic National Committee, September 10, 2022, accessed August 15, 2023, https://democrats.org/wp-content/uploads/2022/09/DNC-Charter-Bylaws-09.10.1022-1.pdf

[197] The Rules of the Republican Party, As adopted by the 2020 Republic National Convention, August 24, 2020, Amended April 14, 2022, accessed August 15, 2023, https://prod-cdn-static.gop.com/docs/Rules_Of_The_Republican_Party.pdf

to third party actors to participate in sacred areas unintended for such participation, the parties attach

by donor capacity, placing superiority of *their* capacity and monetary advancement to that of the

Constitutional Rights and will of the People. Plaintiff alleges that the Defendant shares culpability

with co-Defendants having not disclosed the truth but rather fell in line with the will of the status quo

amid the myriad of complex societal change, the Defendant lost its way placing an emphasis on

capacity retention in lieu of foundational tenons and continues in such traverse, unabated. Plaintiff

alleges, citing the facts herein disclosed, that the Defendant's culpability is evident, if not by knowing

action as a principal collaborator in the COVID-19 schema, then by passivity; the Defendant's

absence of corrective action taken since the inception of Constitutional usurpations, in either case, the

Defendant annulled its Charter on behalf and in the interest of the People.

## FACTUAL ALLEGATIONS

## COUNT I

### I. ADENOVIRUS AND RELATED PRE-EXISTING FACTS.

46.    In 2012, the New Jersey Senate and Assembly enacted S782 supplementing the existing

disclosure requirements under P.L. 1971, c.136 (C.26:2H-1 *et seq*.) concerning general hospital

licensure for profit entities disclosure of fiscal statements.    P.L. 1971, c.136 (C.26:CH-1 *et seq*.)

was crafted to provide legal benchmark of accountability and transparency.

47.    In 2014, Governor Christie executed P.L. 2013, c.195, legislation was introduced requiring

the Commissioner of Health to review financial reporting of hospitals with the examination to

include fiscal reporting made to the "Internal Revenue Service ("IRS"), Securities and Exchange

Commission ("SEC"), and audited financial statements of all affiliated entities receiving Health

Subsidy funds payments."[198] The foregoing policies and legislative actions combined with the Health Care Facilities Planning Act (N.J.S.A. 26:2H-1 *et seq*.), known commonly as the Planning Act which advanced regulations under N.J.S.A. 8:31B-1.1 *et seq*. These legislative actions, incorporated a veto measure by then-Governor Christie who sought to ensure the People had protections under health and human services including affordability and quality of care transparency citing the consumer impacts experienced during the 2008 economic crisis which resulted in the closure of hospitals in New Jersey, in some cases, absent any notice to patients, bankruptcy, etc. The detailing of the Planning Act included an early warning system ("EWS") to ensure transparency to the public of financial distress.[199]

Hospitals, rehabilitation facilities and nursing homes have a history of complex financial ownership structures, this area was subject of the March 19, 2019 report of the Commission of Investigation. The purpose of the report was to outline "findings and recommendations involving hospital-related oversight and accountability issues."[200] Plaintiff reviewed the report as it relates to the People's plea, the New Jersey Department of Health failed to follow regulatory requirements in a variety of areas including the EWS system, tracking of hospital (for-profit and not-for-profit) ownership as well as "related-party management entities"[201] The report stands on its own merit, while complex in content, it indicates appreciative areas where the New Jersey Department of Health was derelict in carrying out its statutory responsibility on behalf of the People, allowing an immeasurable vulnerability to enter by force or manipulation.

---

[198] State of New Jersey Department of Health, "Hospital Financial Transparency – Department of Health Recommendation on Hospital Financial Transparency." Accessed July 6, 2022.
https://www.nj.gov/health/assets//documents/hospital_transparency_report.pdf
[199] *Ibid.*, 4.
[200] Scancarella, Joseph, Bursichelli, Robert, Iannacone, Rosemary. State of New Jersey Commission of Investigation Report and Findings. March 19, 2019. Accessed June 10, 2022. https://www.nj.gov/sci/pdf/HospitalsReport.pdf
[201] *Ibid.* (2).

In review of this Count, persons may be quick to assert that the party Defendants are not collective in their depravity as it concerns their fellow man/woman/child, Plaintiff asserts that nothing could be further from the truth. The foregoing report highlights the complexities of hospital/nursing home/rehabilitation center fiduciary ownership and related parties, it applies directly to the People's plea.

**WANAQUE, HASKELL, NEW JERSEY (2018).**

The Wanaque Center for Nursing and Rehabilitation, ("Wanaque Center") in Haskell, New Jersey experienced an outbreak of adenovirus in 2018. The outbreak resulted in the untimely death of eleven (11) children who were in care at the for-profit facility's pediatric unit for the medically fragile. The Wanaque Center adenovirus outbreak prompted appreciative legislative evaluation, leading to national press articles, federal investigation and CDC involvement. Ultimately, the New Jersey governmental bodies cumulatively drafted the legislative action entitled P.L. 2019 c.243 "Long-term Care Facilities". [202]

The legislation detail included appreciative requirements for response in the case of an outbreak "of a life-threatening, contagious disease,"[203] with extensive human welfare guardrails, the development of interdisciplinary teams with an infection control committee and succinct framework for building and implementing an outbreak response plan, extending to areas for isolation, *cohorting*, infected, and at-risk patients who might come into contact with or be exposed to threatening contagion.

Federal investigators from the New York regional office of the Centers for Medicare and Medicaid Services (CMS) investigated the Wanaque Center, an appreciative report resulted,

---

[202] Public Law 2019 c.243 (A5527)," P.L. 2019, c243b (New Jersey Legislature, August 15, 2019). Accessed January 10, 2022 https://pub.njlet.gov/bills/2018/PL19/243
[203] Ibid., 1.

inaccessible to the Plaintiff; however, as cited by Time[204], "failings in administration and patient care extending to include failings in response to emerging illness, failure to monitor infection rates" attributed to the outbreak and the untimely loss of fragile lives resulted. The attorney for Wanaque, Andrew Aronson replied to CMS stating, "that the report is riddled with factual inaccuracies, ignorance of medical judgment, statements that are contradicted by experts and other evidence."[205] An infectious disease physician practitioner, retained by the Wanaque Center following the outbreak, Dr. McManus stated, "…*consequences were attributable to a particularly dangerous strain of virus (adenovirus7) that afflicted a very vulnerable population…nothing in the (State) report identifies systemic deficiencies in policies or procedures, and there is no suggestion that the deficiencies identified contributed to the viral outbreak*," [EMPHASIS ADDED] the interview continued…the strain of adenovirus (Adenovirus 7) is "*known to cause particularly severe illnesses that affect the respiratory system – especially among patients like those at Wanaque…(with) preexisting medical conditions and a shared living environment*."[206]

In July, 2019, the Wanaque Center licensing was transferred to SentosaCare and renamed to North Jersey Pediatric and Adult Nursing Wellness Center. According to ProPublica, SentosaCare, LLC is New York's largest owner/operator of nursing homes in the State with 25-facilities. On September 23, 2019, U.S. District Court Judge Gershon issued an Opinion and Order regarding Paguirigan v. Prompt Nursing Employment Agency LLC. d/b/a SentosaCare LLC et al. (17-cv-1302 (NG (JO) (E.D.N.Y. Sep. 23, 2019) for violations involving Trafficking Victims Protection Act under 18 U.S.C. §§1589 *et seq.* The case would lead to a $1.56M

---

[204] Ducharme, Jamie, "Federal Investigators Find Critical Failings at Health Center Where 11 Children Died in Virus Outbreak." March 4, 2019. Accessed June 10, 2022.
[205] *Ibid.*, 3.
[206] *Ibid.*

settlement. SentosaCare, LLC opened operations in North Carolina by purchase from Florida-based AvanteGroup, it's President being appointed to the Florida Board of Nursing Home Administrators effective December 11, 2020, an appointment by the Governor of Florida.

The U.S. Department of Health and Human Services ("HHS"), Civil Remedies Division record provides an extensive repository regarding Wanaque,[207] dating from August, 2019 through October 10, 2019 (Docket No. C-20-162)[208]. In August, 2019, a "facility housekeeper (sexually) abused a defenseless resident,"[209] site visits remained ongoing throughout the investigative period to ensure compliance under 42 C.F.R. § 483.12(a)(1); a final Decision was issued on February 15, 2022 (CR6030), the perpetrator of the sexual abuse held to count.

The foregoing facts provide clear and irrefutable support that the inclusive Defendants herein named had foreknowledge concerning COVID-19, novel coronavirus and its associated complexities, long before the public disclosure, and moreover, that exceedingly detailed health protocols were codified to ensure the safety of those in nursing homes, rehabilitation centers and more broadly, the public at large.

**COUNT 1 FACTS CLAIMS**

1. Analysis of the White House press briefing of March 19, 2020, when weighed against the disclosures herein, the Executive Proclamation 9994 inclusive actions taken were succinct and in keeping with the saving of human lives. The foregoing is emphasized in claims as acts of treason when the Court considers the fact that the seated President, Donald John Trump, with the aid of Operation Warp Speed and the Coronavirus Task Force, emphasized leadership in and among the Governors, those closest to the People.

---

[207] U.S. Department of Health and Human Services (2022). "The Wanaque Center for Nursing & Rehabilitation, DAB CR 6030 (2022). Accessed October 2, 2023 https://www.hhs.gov/about/agencies/dab/decisions/alj-decisions/2022/alj-cr6030/index.html
[208] Rose Ann Paguirigan v. Prompt Nursing Employment Agency LLC, d/b/a SentosaCare, LLC., et al. 17-CV-1302 (NG) (JO) (E.D.N.Y. Sep 23, 2019). United States District Court Eastern District of New York
[209] *Ibid.* 2.

As the record herein reflects, while the body of co-Defendants believed that they were battling the sitting President, they were actually battling the brokenness within themselves; their desire for power, political or otherwise consumed them at every level, and as a consequence the People were harmed, gravely.

2. Multiple layers of governmental entities were aware of or had been directly involved in the body of Wanaque Center data and findings, the repository of which is irrefutable; these include the CDC, NIH, HHS, CMS, IRS, SEC, the New Jersey Legislature as well the herein named Defendants, inclusive of John Doe and Jane Doe as yet unnamed.

3. Based on the facts herein, the DOJ has proven itself either inept or a co-Conspirator, given to oration, acumen and voluminous legal actions of record in the Defendant's tenure, Plaintiff alleges the latter and reasserts the allegations set forth above. Plaintiff reiterates and emphasizes the fact that the Defendant disclosed her controlled knowledge of the Wanaque incident in utilizing the specific term *cohorting* within the DOJ report. Defendant cherry picked content to dissuade liability while altogether dismissing the human depravity associated, these actions provide willful concealment, 52 U.S.C. §20702 and 18 U.S.C. §2422.

4. Plaintiff reasserts each claim in the "Parties" directory of Defendants, and moreover, Plaintiff adds the voices of the children among those honored herein; God chooses the time of passing, human origin to the contrary is a punishable offense, abhorrent and demanding of accountability.

5. The Wanaque Center events, and the subsequent immense repository proved futile against the true storm that overtook our Nation, a storm more palatable than any in recent history, its carnage incalculable and reverberating this very day among sovereign nation-states as much these United States. God have mercy on the Defendant's souls.

## COUNT II

## II.   VOTER CAGING AND RELATED PRE-EXISTING FACTS.

48.   A Consent Decree was issued following settlement between the Democratic National Committee and the Republican National Committee following violation of the Voting Rights Act, 42 U.S.C. §§1971, *et seq. Democratic Nat'l Comm. v. Republic Nat'l Comm.*, 671 F. Supp. 2d 575, 579 (D.N.J. 2009), *aff'd*, 673 F.3d 192 (3d Cir. 2012), *cert. denied*, 133 S. Ct. 931 (2013). For the benefit of the People, the Order issued on November 5, 2016, attached hereto as EXHIBIT 4. The original consent decree was issued in 1982, holding of record by way of pleadings, modifying in 1987 and 2009 through December, 2017, holding to all 50-States. when it when it again was called forward into legal argument by the Democratic Party with allegations that the Republican party had violated. The Honorable John M. Vasquez, J.D. ruled that the decree had expired in December, and would not be extended.[210]

There were two areas of the settlement defined in the Consent Decree relevant to this plea of the People:

(d) refrain from giving any directions to or permitting their employees to campaign within the restricted polling areas or to interrogate prospective voters as to their qualifications to vote prior to their entry to a polling place;

(e) refrain from undertaking any ballot security activities in polling places or election districts where the racial or ethnic composition of such districts is a factor in the decision to conduct, or the actual conduct of, such activities there and where a purpose or significant effect of such activities is to deter qualified voters from voting; and the conduct

---

[210] Gerstein, Josh. "Judge ends consent decree limiting RNC "ballot security activities" January 9, 2018. Retrieved August 3, 2022. [POLITICO] https://www.politico.com/story/2018/01/09/rnc-ballot-security-consent-decreee-328995

47

> of such activities disproportionately in or directly toward districts that have a substantial
> proportion of racial or ethnic populations shall be considered relevant evidence of the
> existence of such a factor or purpose[.][211]

49.    The January, 2020 National Association of Secretaries of State Winter conference was held

in Washington, D.C., the conference ran parallel to the Impeachment of President Donald John

Trump. The keynote speaker, Clint Watts, was previously employed by the FBI. Plaintiff open

sourced his background noting that the speaker provided Congressional testimony concerning the

allegations of Russian interference in the 2016 election, he opened his speech with that

disclosure, professing it as fact, which has to this writing been invalidated. The speaker

described in vivid detail the manufacturing of a psychological operation, one which benefits

from the adaptability and use of social media platforms with consideration to user age interface,

including children. The details of the speech attached hereto, EXHIBIT 5.

50.    On August 24, 2021, the House again evidenced its divide, voting party line on H.R. 4, The

John R. Lewis Voting Rights Advancement Act of 2021. The Plaintiff analyzed the bill, having

not passed the Senate.

51.    Plaintiff ran for Mayor in 2021, while it would have been an honor to serve in such

capacity for which she heartily campaigned, so too was the election process a component of

research for this plea; *every* single communication and exchange retained in repository in the

People's interest. It should be noted that throughout this period of time Plaintiff had been

meeting with members of the Legislature in New Jersey, as well County bodies in a diligent

attempt to have someone, anyone of good faith and allegiance, to come alongside the efforts and

toil; that earnest desire was not kindred, although staff was exceptionally congenial, mirrored by

volunteers including the Plaintiff.

---

[211] Democratic National Committee, et al. v Republican National Committee, et al. Civil Action 81-08367, Opinion. November 5, 2016.

52.   On September 9, 2022, the New Jersey Legislature created Senate Bill 2997, entitled the

John R. Lewis Voting Rights Act of New Jersey; the bill remains in Committee (Government,

Wagering, Tourism and Historic Preservation).  Plaintiff followed Committee dialogue, closely.

53.   On October 26, 2022, the DOJ issues a statement concerning the efforts that would be

made in the forthcoming November election:

> …through the Civil Rights Division, Criminal Division, and National Security Division, to
> ensure that all qualified voters have the opportunity to cast their ballots and have their
> voted counted free of discrimination, intimidation, or fraud in the election process, and to
> ensure that our elections are secure and free from foreign malign influence and
> interference…specially-trained FBI personnel…serving as Election Crime Coordinators in
> the FBI's 56-field offices will be on duty while polls are open to receive complaints…
> (these efforts will include) National Security Division's Counterintelligence and Export
> Control Section…(and) Counterterrorism (as concerns) international and domestic
> terrorism…supports law enforcement in prevent(ion of) any acts of terrorism…including
> violent extremism that might threaten election security.[212]

54.   The repository project and analysis continued through the election cycle of 2022. On

October 27, 2022, the New Jersey Attorney General announced the formation of protocols for the

role of Law Enforcement in election activities, an iteration by policy under P.L. 2021, c.459;

Plaintiff analyzed both documents.

55.   In review of this Count, persons may be quick to assert that the party Defendants are not

collective in their depravity as it concerns their fellow man/woman/child, Plaintiff asserts that

nothing could be further from the truth.  The less than admirable actions of then-candidate Kean

would be echoed years later, being cited in hundred of cases with the vitriol resounding by James

Florio following the 2020, November election.  The Plaintiff makes no distinction of either man,

to whom she has acquaintance, it is the People's Constitutional and sovereign voice with which

she stands, resolute and steadfast.  Given to the implications, inclusive of the COVID-19

---

[212] DOJ.  Press Release, "Justice Department Releases Information on Efforts to Protect the Right to Vote, Prosecute Election
Fraud and Secure Elections."  Wednesday, October 26, 2022.  Accessed November 9, 2022.
www.https://www.justice.gov/opa/pr/justice-department-releases-information-efforts-protect-right-vote-prosecute-election-fraud

imposed election changes, in most cases now codified into law, and the DOJ's foray into the elections of 24-States in 2022, the Count hereto applies in and among the inclusive Defendant's named.

## COUNT II FACTS CLAIMS

1. Plaintiff reiterates the claims stated above, the actions of the co-Defendants witnessed by their evidenced written Executive Orders, pontification and vitriol – of their volition, stand in evidence of subversive treason; however, when you combine those actions with Mr. Watts speech as well the extensive Federal Register record, the claims becomes irrefutable. This claim extends as much to the Legislative bodies who coalesced in and among the Defendants named, as to their Administrative and third party associates.

2. Based on the facts herein, the DOJ has proven itself either inept or a co-Conspirator, given to oration, acumen and voluminous legal actions of record in the Defendant's tenure, Plaintiff alleges the latter and reasserts the allegations set forth above, Plaintiff reiterates and emphasizes the fact that the Defendant disclosed her controlled knowledge of the Wanaque incident in utilizing the specific term *cohorting* within the DOJ report. Defendant cherry picked content to dissuade liability while altogether dismissing the human depravity associated, these actions provide willful concealment of the facts 52 U.S.C. §§20702 and 10307(b) and 18 U.S.C. §2422. The knowing delay of the COVID-19 nursing home investigation caged the voters of New Jersey, suppressing their *inclusive* Civil Rights by knowingly withholding knowledge of immense proportion; these actions so too extend to the 24-States for which the DOJ imposed itself.

3. Plaintiff retains an appreciative directory of Freedom of Information Act (FOIA) and Open Public Records Act (OPRA) responsive records concerning the November, 2022 election actions or inactions, as the case may be.

4. Plaintiff calls to the 1982 negotiated settlement between the Democratic National Committee and the Republican National Committee and the facts herein provided. Plaintiff asserts that the body of Defendants have recapitulated to §(d) of the 1982 Decree, having held the People hostage for thirty-five years by plea, the parties have now seen fit to hold them hostage by fiat of COVID-19, a mask to their atrocities while we, the People, bury our dead and mourn. The magnitude of the Defendant's traverse on the People's Constitutional Rights is reprehensible.

5. Based on the stated facts herein, the People of these United States have had their sovereign voices held hostage, manipulated, cajoled, and, as the record will show in discovery, resurrected from the dead, yet those seeking to champion the cause of protections, inclusive of the co-Defendants, continue to enact and codify law further exacerbates an increasingly divided structure built on tenons of ideology to that of Country; the People are rightly disgusted, the People's demand setforth below in remedy.

## COUNT III

III. **PUBLIC PRIVATE PARTNERSHIPS (P3) AND RELATED PRE-EXISTING FACTS.**

56.   Beginning from the gate of this journey, Plaintiff attaches an authored letter regarding the Center for Tech and Civic Life as EXHIBIT 6.  The Court and readers of this plea should know that no one responded to the December 6, 2020 query, the silence was deafening as much as telling.  Included with Exhibit 6 is the accompanying spreadsheet of funding disseminated in

51

New Jersey under CTCL/CARES Act, etc. during the 2020/2021 election cycles. Plaintiff sent

OPRA requests for fiscal disclosure, all responsive records were denied but for the Cannabis

grants which was very limited in transparency and scope.

This area of the People's plea is quite complex, Plaintiff makes no apology, not being an

attorney, the Court and readers will find it no less interesting as did the author. The lessons of

this season in our Nation's history were summarized well by Daniel Webster:

> ...It is not to be denied that we live in the midst of strong agitations, and are surrounded by
> very considerable dangers to our institutions of government. The imprisoned winds are let
> loose. The East, the West, the North and the stormy South, all combine to throw the whole
> sea into commotion, to toss its billows to the skies, and to disclose its profoundest depths. I
> do not affect to regard myself...as holding, or as fit to hold, the helm in this combat with
> the political elements; but I have a duty to perform, and I mean to do it with fidelity – not
> without a sense of surrounding dangers but not without hope. I have a part to act, not for
> my own security or safety, for I am looking out for no fragment upon which to float away
> from the wreck, if wreck there must be, but for the good of the whole, and the preservation
> of the whole...I speak today for the preservation of (these United States).[213]

57. Plaintiff refers to the Senate hearing of May 7, 2020 transcript, excerpt of dialogue between

parties, Dr. Francis Collins, Dr. Gary Disdrow and Senator Murray concerning COVID-19 tests.

> Senator Murray:...Dr. Disdrow and Dr. Collins, can you commit to me today without
> reservation that you will always prioritize the public health and never give into pressure to
> do political favors and that you will speak out against corruption and incompetence and
> misconduct when you see it? (Parties affirmed)...Do either of you have any reason to doubt
> that Dr. Bright faced the political pressure that he described in this complaint?

> Dr. Collins:...I just don't have any personal primary information, so I'm only going by the
> things that I have read. It's not a circumstance that I can form my own opinion because I
> don't have the facts as a sort of personal experience.

> Dr. Disdrow:...So now that this is a personnel matter being handled by the office of Special
> Counsel, I can't really comment.

> Senator Murray:...Well, do you both commit to being transparent with Congress and the
> public regarding any partnerships your agencies engage in throughout this COVID-19
> response including what guardrails are in place to make sure government resources are

---

[213]Webster, Daniel. *The Constitution and the Union – Hear Me for My Cause*. March 7, 1850. Accessed Liberty.edu academic
repository

devoted to the products most promising to public health and not those that will drive profits....(Parties affirmed).[214]

There are 3-distinct areas of focus in this Count:

(1) Usurpation of privacy and private property;

(2) Public Private Partnership ("P3"); and

(3) NGO's, 501c(3) and their Friends.

58.   Plaintiff calls to the USA Patriot Act, its well-intended, crafted verbiage manifest in public law, meant to protect the citizens of these United States from criminal acts with distinct areas of surveillance to fortify such protections; this too has been usurped and weaponized against the People.

During COVID-19, Plaintiff draws attention to the water, the sewerage systems, specifically. Facts will provide that under mask of COVID-19, the federal government was monitoring sewerage flow for trace of DNA so as to affirm vaccination employing the guise of tracking the virus. These fundamentally inappropriate acts of imposition on privacy rights are on their face egregious but are made more so when the People understand the manifestation of tracking, tracing and targeting areas – caging populous – regardless of intent, whether malicious or benevolent; these usurpations have no place in a free society but rather one of socialist construct. By outward appearance, drawing on acumen, it would appear that in the wrong hands parties could utilize data gathered for actuarial science targeting for health and life insurance premiums by collective sampling to that of human engagement. These malign acts while beneficial to insurers degrade the rule of law, inviting corruption and corrupt practices, further imposing on the Rights established under the Constitution.

---

[214] US Senate. 2020. *Hearing of the Health, Education, Labor and Pensions Committee.* Senate Testimony on New Tests for COVID-19. day 1. May 7, 2020.  Accessed August 18, 2023. https://www.rev.com/blog/transcripts/health-officials-senate-testimony-transcript-on-new-tests-for-covid-19

59.    In 2021, by way of the Federal Treasury, States offered homeowner assistant funds

("HAF"), the programs were facilitated, seemingly under the guise of assisting homeowners with

home retention citing the economic challenges which allegedly did not exist according to media

sources. HAF is facilitated by third party, 501c3 entities who are preapproved as "counselors"

through the Department of Housing and Urban Development.  The complexity in these programs

arrives through the third-party entities, their 501c3 status and conflicts with standing rule of law,

including the Hatch Act, the Fair Housing Act and IRS rules for non-profit entities.

    The same economic complexities that are impacting American citizens is also wreaking

havoc on businesses, remaining viable and operating in positive cash flow requires owner

operators to consider new business models, including merger acquisition while retaining the

original name, in some cases.  The complexities arrive when the ownership of these entities is

traced, Plaintiff undertook that process in several cases, same is presented below:

1.  HUD Approved housing counselors who work with HAF clients, paid through Treasury.
    HAF application demands disclosure of private financial data including details of
    property, mortgage, income, etc. so as to evaluate viability of loan alternatives best
    suited in-home retention, etc.  Completed application for HAF requires disclosure of
    tax returns using a 4506C, the processing company is Avantus.  In the past three years,
    Avantus has acquired several companies and has, simultaneously been acquired, at
    present it is owned by Qinetiq Group Plc, a UK-based company focused on global
    defense and security.  These facts are problematic from a fiduciary perspective,
    bringing rise to privacy rights, transparency and most certainly conflicts with the Fair
    Housing Act.  The foregoing example calls to mind the transparency laws protecting

consumers from hospitals as cited in Count I, above; unfortunately, it is not an isolated case.

2. Returning to voter caging and malign activities, Plaintiff presents the Center for Voter Information ("CVI"), a 501c3. CVI is affiliated with the Voter Participation Center ("VPC") and was responsible for 340 million direct mail including ballot application and voter registration forms in 2020. The fiscal disclosure provides that these entities do not participate in political activities; however, both entities are heavily involved with the Democratic Party. Plaintiff retains direct mail from these entities.

3. Rutgers, the Eagleton Institute for Politics, Richard T. Thigpen, Sr. Vice President with PSE&G. Mr. Thigpen is an interesting case study in equity of end-user, Plaintiff notes that Rutgers was the conduit University that introduced Research Triangle Institute ("RTI") as a medium to address mental health; RTI is a wholly operating entity of the CIA.

4. Another case study concerns real property. Returning to the Waterfront Project, as above, they are housed at 830 Bergen Avenue, Jersey City. The structure is home to many entities including the Hudson County Department of Education, We are One New Jersey, etc. We Are One New Jersey is a 501c3, tax code exempt under broad capture description, the primary officer is Charles Wowkaneck. Mr. Wowkaneck is the former President of the AFL-CIO to which We Are One New Jersey is also yoked, Mr. Wowkanech was appointed to the New Jersey's Future of Work Force organization by Governor Murphy (2019). So too do they share association with Working Families United for New Jersey in Trenton, from this affiliation, Edward Correa emerged, first working for the State of New Jersey and, in 2023 as the Dover Democrat municipal

55

chairman. The foregoing parties tie to Hoboken Councilman Mike Russo – an
interesting case study in Bankruptcy law. Mr. Russo ties to the Hudson County
Improvement Authority who owns 830 Bergen Avenue, Jersey City (2011) which ties to
the Hudson United Insurance and Hudson United Mortgage Services entities. The
affiliates then tether to another 501c3, Act Now Foundation as well Monroe Center
Hoboken Urban Renewal (2014); Monroe Center Management, LLC ties to North
Hudson Electric. In 2008, Monroe Center Management filed for Chapter 11
Bankruptcy after a lackluster renovation of the property purchased at 770 Jackson
Street, Hoboken which transacted in 2014 for $19,500,000 to Monroe Center Hoboken
Operator, LLC, incorporated from 120 Soldiers Field, Boston, Massachusetts,
registered as a New Jersey foreign limited liability company which ties to
Intercontinental Real Estate Corporation, Peter Palandjian. Mr. Palandjian manages the
private equity real estate under the Intercontinental Real Estate Corporation which
originated from the construction firm his father began, Petros Palandjian.
Understanding transparency in contract law, those persons with whom you do business
becomes exceedingly difficult as articulated P.L. 1971, c.136 (C.26:CH-1 *et seq*.), made
more so when laws are skirted and contorted by those who codify them, as above
referenced.

5. In 2019, Holtec, Energoatom and SSTC entered into a trilateral agreement concerning
   nuclear reactor technologies in Kiev, Ukraine. In the United States, Holtec has been
   under fire for wastewater release of late. Holtec contracts with Tetra Tech. In 2018,
   residents of New Mexico challenged the National Regulatory Commission in Holtec's
   application to consolidate nuclear waste. In recent months, Holtec has come under fire

by Governor Murphy as pressure mounts regarding tax incentives which were provided
in 2014. Plaintiff researched tethered areas which led to the 501c3 Fair Share Housing
Development ("FSHD"), FSHD was at the heart of Mt. Laurel which resulted with the
Mount Laurel Doctrine, the Council on Affordable Housing, etc.

6. The Alpert Group is affiliated with the Housing Authorities in and around New Jersey
   as a matter of public record, they are a primary development and real property
   management company. The Housing Authority of Plainfield owns and operates Premier
   Community Development Co. who has developed and redeveloped property in and
   around New Jersey, receiving tax credits and exemptions under the guise of affordable
   housing. The Alpert Group is also affiliated with the U.S. Department of Housing and
   Urban Development, holding to a long-standing working relationship for specialized
   affordable housing since the 1970's. Located at One Parker Plaza, Fort Lee, the Alpert
   Group has a variety of business holdings, not uncommon for land development. Alpert
   tethers by development to Wachovia which was subsumed by Wells Fargo in the
   economic crisis of 2008, the Department of Housing and Urban Development tethering
   to our co-Defendants, herein named. By FOIA, Plaintiff sought a copy of Operation
   Destiny, presented by AIG under TARP and SIG TARP.

7. Gislaine Maxwell was married to Scott Borgerson. Mr. Borgerson was the President of
   Arctic Circle Foundation, Inc., a 501c3 where Frederik Paulson serves as Treasurer.
   Mr. Paulson is the founder of Ferring Pharmaceuticals and had served on the Board of
   Philip Morris International as well in the capacity as Honorary Consult of the Russian
   Federation, Switzerland. Ferring Pharmaceuticals is a market leader in maternal and

reproductive medicine, conception to birth. Mr. Paulson is also the Chairman of
Ferring Ventures, S.A. which is affiliated with Mars, Coca-Cola and Credit Suisse.

8. The contracts associated with the foregoing a conducted through public private
partnership ("P3"), apart from public view in many cases and go so far as to avoid
governmental contract transparency laws. The Court and the readers of this plea would
do well to avail themselves of the National Governors Association winter conference
links provided. In advance of COVID-19, these tethered organizations would collect
under various non-profit umbrellas, since COVID-19, P3 agreements have become
increasingly prevalent, a mainstay for State, County and local governments.

## COUNT III FACTS CLAIMS

1. Plaintiff states that under Title VI of the Civil Rights Act of 1964 and the Fair Housing
Act Title VIII of the Civil Rights Act of 1968 (42 U.S.C. §§ 3601 *et seq*.), once the co-
Defendants had achieve their ends of usurping the Executive of these United States, the
facts provide they directed their aim at the taxpaying public. Under the guise of
affordable housing they have funded an extraordinary business enterprise built of fraud
and deceptive practices since the 1970's, at least.

2. Multiple layers of governmental entities were aware of or had been directly involved in
the history of affordable and specialize housing data and findings, the repository of
which is irrefutable; these include the State Legislatures, nationwide as well the herein
named Defendants, inclusive of John Doe and Jane Doe as yet unnamed.

3. Based on the stated facts herein, the People of these United States have had their
sovereign voices held hostage, manipulated, cajoled, and, as the record will show in
discovery, resurrected from the dead, yet those seeking to champion the cause of

protections, inclusive of the co-Defendants, continue to enact and codify law further exacerbating an increasingly divided structure built on tenons of ideology to that of Country while the co-Defendants build wealth derivatives for themselves and their co-conspirators; the People are rightly disgusted, the People's demand setforth below in remedy.

## PRAYER FOR RELIEF

Plaintiff will not posture to political diatribe, seeking favor from no one presently holding office, her respect diminishing by the day of such parties. No, on this occasion, the People seek the unvarnished truth and so as to corroborate advancing affirmation, God has demanded that the Plaintiff amass a repository of facts, for which she obliged. It is anticipated that parties, organizations and corporations will seek to refute and counter these claims; in doing so they would be wise to understand the magnitude of the People's righteous disgust, so too of the fact that those who might knowingly take such action would be unwittingly implicating themselves as to the allegations herein. Plaintiff gathers the honored voices and breath, the only measure which would have authored this document, unzipping the bags for the world to behold, the Defendant's herein named, inclusive of John Doe and Jane Doe, are responsible for these atrocities – no one else and most certainly not God, Almighty.

Plaintiff has received no compensation for this undertaking, is and remains self-employed and unburdened by extraneous influence but for God, Almighty and her faith in same. Plaintiff respectfully requests that this Court:

60. Declare that Defendant's actions as described herein by paragraphs 4 through 21 above abridge and deny those rights and statutes enumerated in the Title 52 U.S.C. §20702; 42 U.S.C. § 4950 Ch.66; 18 U.S.C. §2422(a) (b); the Civil Rights Act of 1964 – the Commerce Clause, Art.

I, Sections I – Voting Rights, VIII – Equal Protections and Constitution Art. III. S3.C1.1.2

Treason Clause withheld and denied the Plaintiff by knowing acts as set forth above.

61.   Declare the Defendant's actions as described herein by paragraphs 27 through 45 above

abridge and deny the Plaintiff's statutory rights protected by Title 52 U.S.C. §20702; 42 U.S.C.

§ 4950 Ch.66; 18 U.S.C. §2422(a) (b); the Civil Rights Act of 1964 – the Commerce Clause, Art.

I, Sections I – Voting Rights, VIII – Equal Protections and Constitution Art. III. S3.C1.1.2

Treason Clause.

62.   Issue preliminary and permanent injunctions enjoining the defendants from committing

actions similar to those described herein in the future.

63.   Award the Plaintiff $8,000,000,000 in compensatory and punitive damages for the

deprivation of the rights so infringed by corruptive practice, will and intent as setforth herein.

64.   Award the plaintiff their attorney fees, costs and disbursements incurred in this action, as

provided in 28 U.S.C. §1920 and 42 U.S.C.§1988.

65.   Plaintiff demands, given to the actions herein described, fortified by irrefutable supporting

facts, that Donald John Trump be placed on the November, 2023 ballot and that Joseph R. Biden

be removed as Executive of these United States.

66.   Plaintiff demands that to fortify the People's rights enumerated, voting be returned to one

day, the first Tuesday of November and that such voting be in person by paper ballot which is to

be hand counted. All funds and tangential contractual relationships with extraneous computer

peripherals be immediately terminated.

## VERIFICATION

The Plaintiff named below verified that the statements made in the attached Complaint are,

upon her information and belief, true. Sworn pursuant to 18 U.S.C. §1001.

Mary Basile Logan
*Pro-Se* Plaintiff

Sworn to and subscribed before me on this $\underline{13}$ day of October, 2023.

Notary Public

KAREN M ROMANO
Notary Public - State of New Jersey
My Commission Expires Jun 14, 2025