**APPENDIX L. APPLICATION FOR EXTENSION OF TIME TO REPLY**

UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

Civil Action No. 23-cv-21174

Application for an Extension of Time to
Answer, Move or Otherwise Reply
(L.Civ.R. 6.1(b))

Application is hereby made for a Clerk's Order extending time within which defendant(s) **Tom Wolf** may answer, move or otherwise reply to Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on **October 24, 2023**;

and

3. Time to Answer, Move or otherwise Reply expires on **Nov. 14, 2023** (date)

**Kevin Bradford, Senior Deputy Attorney General**
Attorney for Defendant(s)
Address: **Pennsylvania Office of Attorney General
1600 Arch St, Suite 300, Philadelphia, PA 19147**

ORDER

The above application is ORDERED GRANTED extended to **Nov. 28, 2023** (date to be filled in by applicant counsel).

ORDER DATED _____

WILLIAM T. WALSH, Clerk
By: _____
Deputy Clerk