UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

MARY BASILE LOGAN, individually and on behalf
of those similarly situated, *Pro-Se*;

Plaintiff,

NED LAMONT, in his official capacity as Governor
of Connecticut;

JOHN CARNEY, in his official capacity as Governor
of Delaware;

CHARLIE BAKER, in his official capacity as Governor
of Massachusetts;

WES MOORE, in his official capacity as Governor
of Maryland;

LAWRENCE J. HOGAN, in his former capacity as
Governor of Maryland and in his capacity as Chair, for
the National Governors Association (NGA);

PHIL MURPHY, in his official capacity as Governor
of New Jersey, and as former Chair of the National
Governors Association (NGA);

TAHESHA WAY, in her former capacity as Secretary
of State, as former President of the National Association
of Secretaries of State, and her current capacity as
Lt. Governor, New Jersey;

JUDITH PERSICHILLI, in her official capacity as then-
Commissioner of Health for the State of New Jersey;

SEJAL HATHI, in her official capacity as Deputy
Commissioner for Public Health Services for the State;
of New Jersey



RECEIVED

NOV 1 6 2023

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - D.N.J.

**DOCKET NO.: 3:23-cv-21174
ZNQ-TJB**

MATTHEW PLATKIN, in his official capacity as
Attorney General of the State of New Jersey;

KATHY HOCHUL, in her official capacity as Governor
of New York;

ANDREW CUOMO, in his former capacity as Governor
of New York and his capacity as Vice-Chair of the National
Governors Association;

LETITIA JAMES, in her capacity as Attorney General of
the State of New York;

TOM WOLF, in his official capacity as Governor
of Pennsylvania;

DAN MCKEE, in his official capacity as Governor
of Rhode Island;

KRISTEN CLARKE, in her official capacity as Assistant
Attorney General, Department of Justice, Civil Rights
Division;

MIGUEL CARDONA, in his official capacity as the
United States Secretary of Education;

THE DEMOCRATIC NATIONAL COMMITTEE;

THE REPUBLICAN NATIONAL COMMITTEE;

JOHN DOES (1-100)

JANE DOES (1-100)
                    Defendants.

## AFFIDAVIT OF SERVICE

In accordance with Rule 4:4-7, Plaintiff encloses Affidavits of Service for the following

Defendants concerning the above captioned matter.

1.  Tahesha Way, Lt. Governor, New Jersey – served (via email, pursuant to Rule 4:4-4(a)(7)),

    October 23, 2023.

2. Matthew Platkin, Attorney General, New Jersey – served (via email, pursuant to Rule 4:4-4(a)(7)), October 23, 2023.

3. Philip Dunton Murphy, Governor, New Jersey - served (via email, pursuant to Rule 4:4-4(a)(7)), October 23, 2023.

4. Tom Wolf, Governor, Pennsylvania – served October 24, 2023.

5. Kathy Hochul, Governor, New York – served October 24, 2023.

6. Letitia James, Attorney General, New York – served October 24, 2023.

7. Kristen Clarke, Civil Rights Division, U.S. Department of Justice, Office of the Assistant Attorney General – served October 25, 2023.

8. Ned Lamont, Governor, Connecticut – served October 25, 2023.

9. Sejal Hathi, Commissioner of Public Health, New Jersey – served (via email, pursuant to Rule 4:4-4(a)(7)), October 26, 2023.

10. Democratic National Committee – served October 30, 2023 (Affidavit pending receipt).

11. Republican National Committee – served October 30, 2023 (Affidavit pending receipt).

12. Dan McKee, Governor, Rhode Island – served November 1, 2023 (Affidavit pending receipt).

13. Remaining Defendant parties, service status as below,

    a. Charlie Baker – former Governor, Massachusetts. – attempted service, 2nd request sent November 12, 2023.

    b. Wes Moore – Governor, Maryland – attempted service October 27, 2023 (refused), 2nd request November 12, 2023.

    c. Lawrence J. Hogan – former Governor, Maryland – attempted service, 2nd request sent November 12, 2023.

    d.  Judith Persichilli – former Commissioner of Health, New Jersey – attempted service, 2nd

         request sent November 12, 2023.

    e.  Andrew Cuomo – former Governor, New York – attempted service November 2, 2023

         (refused), 2nd request sent November 12, 2023.


Respectfully submitted, with attachments (Affidavits, as above outlined). This 14th day of November,

2023.


Mary Basile Logan
Plaintiff (*Pro Se*) in the above action.

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A
PAYMENT CONFIRMATION FOR YOUR RECORD.
SAVE A STAMP, TIME AND EFFORT AND PAY
THIS INVOICE ONLINE! YOU MAY USE
VISA, MASTERCARD, AMERICAN EXPRESS,
DISCOVER OR EVEN A PAYPAL ACCOUNT!



## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #: **20231023140944**
AMOUNT DUE: **$158.00**
DUE DATE: **11/30/2023**



**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$158.00**   INVOICE#: 20231023140944   INVOICE DATE: **10/31/2023**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT: NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#: 3 23 CV 21174 ZNQ TJB   CLAIM#:
ENTITY SERVED: TOM WOLF, GOVERNOR, PENNSYLVANIA
SERVED WITH: SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE: **10/24/2023**   COURT DATE:

ATTENDANCE FEE: $0.00
SERVICE FEE: $150.00
MILEAGE FEE: $0.00
PRIORITY FEE: $0.00
PICKUP FEE: $0.00
INCORRECT ADDRESS FEE: $0.00
DOCUSIGN/NOTARY FEE: $0.00
CASH ATTACHED: $0.00
WAIT TIME: $0.00
VIDEO/MISC. FEE: $8.00
TOTAL: **$158.00**

PAYMENT SENT ON: |__|__|/|__|__|/|__|__|
AMOUNT PAID: |__|__|__|.|__|__|
[ ] CHECK
[ ] VISA
[ ] MASTERCARD
[ ] DISCOVER
[ ] AMERICAN EXPRESS
CARD/CHECK#: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: **20231023140944**
AMOUNT DUE: **$158.00**
DUE DATE: **11/30/2023**

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK
[ ] Visa [ ] MasterCard [ ] Discover [ ] American Express
CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|
EXPIRATION: |__|__|/|__|__|
SIGNATURE: _____

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083


20231023140944

*** To Pay Online Go To "My Account" ***

20231023140944

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
| --- | --- |

SERVICE OF: **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**
EFFECTED (1) BY ME: Doris Williams
TITLE: **PROCESS SERVER**

DATE: 10/24/23 @ 3.28pm

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

TOM WOLF, GOVERNOR, PENNSYLVANIA

Place where served:

CAPITOL BUILDING, ROOM 225   HARRISBURG  PA  17005

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Branden Gilbert

Relationship to defendant   Legal office Administrator

Description of Person Accepting Service:

SEX: M  AGE: 45  HEIGHT: 6'2"  WEIGHT: 175  SKIN: white  HAIR: bald  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.
**Docusign Court Approved E-Signature**

DATE: 10 / 24 /2023                Doris Williams                L.S.

SIGNATURE OF   Doris Williams
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MARY B. LOGAN, PRO SE
PLAINTIFF:    MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY
DEFENDANT:   SITUATED, PRO-SE
VENUE:       NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET:      DISTRICT
COMMENT:     3 23 CV 21174 ZNQ TJB

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

  

**INVOICE**

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #:  **20231023142810**
AMOUNT DUE:  **$158.00**
DUE DATE:  **12/6/2023**

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**AMOUNT DUE: $158.00**   INVOICE#: 20231023142810   INVOICE DATE: **11/6/2023**
ATTORNEY:   MARY B. LOGAN, PRO SE
FIRM:   MARY B. LOGAN, PRO SE
PLAINTIFF:   MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:   NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:   3 23 CV 21174 ZNQ TJB   CLAIM#:
ENTITY SERVED:   KRISTEN CLARKE
SERVED WITH:   SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:   **10/25/2023**   COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: \|\_\_\|/\|\_\_\|/\|\_\_\| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: \|\_\_\|,\|\_\_\|.\|\_\_\| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$158.00** | CARD/CHECK#: \|_____\| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:  20231023142810
AMOUNT DUE:  $158.00
DUE DATE:  12/6/2023

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

**PAID**

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: \|_____\|

EXPIRATION: \|\_\_\|/\|\_\_\|

SIGNATURE: _____

20231023142810

**\*\*\* To Pay Online Go To "My Account" \*\*\***

## Return of Service

### UNITED STATES DISTRICT COURT
### District of New Jersey

MARY BASILE LOGAN, INDIVIDUALLY AND ON          Case Number: 3 23 CV 21174 ZNQ TJB
BEHALF OF THOSE SIMILARY SITUATED, PRO-SE
  Plaintiff

vs.

NED LAMONT, IN HIS OFFICIAL CAPACITY AS
GOVERNOR, ET AL
  Defendant

On behalf of:
MARY B. LOGAN, PRO SE

Received by Guaranteed Subpoena Service, Inc. to be served on KRISTEN CLARKE, CIVIL RIGHTS DIVISION, US DPT OF JUSTICE, OFFICE OF THE ASSISTANT ATTORNEY GENERAL, at U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530.

I, Morgan Nash, being duly sworn, depose and say that on October 25, 2023 at or about 3:25 PM mailed SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS at KRISTEN CLARKE, U.S. DEPARTMENT OF JUSTICE 950 PENNSYLVANIA AVENUE NW, WASHINGTON, DC 20530.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

                                                  10/25/23

Morgan Nash                                    Date
Guaranteed Subpoena Service, Inc.
2009 Morris Ave, Ste 101
Union, NJ 07083
(800) 672-1952

Our Job Number: 2023-116058
Reference: 20231023142810

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20231023141728 |
| AMOUNT DUE: | $158.00 |
| DUE DATE: | 11/30/2023 |

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$158.00**    INVOICE#: 20231023141728    INVOICE DATE: **10/31/2023**
ATTORNEY:           MARY B. LOGAN, PRO SE
FIRM:              MARY B. LOGAN, PRO SE
PLAINTIFF:          MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:          NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:           3 23 CV 21174 ZNQ TJB                CLAIM#:
ENTITY SERVED:      KATHY HOCHUL, GOVERNOR, THE STATE OF NEW YORK
SERVED WITH:        SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:        **10/24/2023**                COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON:  \|__\|/\|__\|/\|__\| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID:  \|__\|,\|____\|.\|__\| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$158.00** | CARD/CHECK#:  \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

**PAID**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20231023141728 |
| AMOUNT DUE: | $158.00 |
| DUE DATE: | 11/30/2023 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

EXPIRATION: \|__\|/\|__\|

SIGNATURE: _____

**PAID**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
20231023141728

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20231023141728

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |

SERVICE OF: **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**
EFFECTED (1) BY ME: _Angela Roy_
TITLE: **PROCESS SERVER**

DATE: _10/24/23 @ 9:40 AM_

---

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[✗] Served personally upon the defendant

KATHY HOCHUL, GOVERNOR, THE STATE OF NEW YORK

Place where served:

NY STATE CAPITAL BUILDING   ALBANY  NY  12231

[✗] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_Emma Muirhead, Executive Assistant_

Relationship to defendant _____

Description of Person Accepting Service:

SEX: _F_  AGE: _35_  HEIGHT: _5'6"_  WEIGHT: _130 lb_  SKIN: _White_  HAIR: _Blonde_ OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____.____          SERVICES $ _____.____          TOTAL $ _____.____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

**Docusign Court Approved E-Signature**

DATE: _10 /24/20 23_                         _Cee B_                         L.S.

SIGNATURE OF _Angela Roy_
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY
DEFENDANT: SITUATED, PRO-SE
VENUE: NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET: DISTRICT
COMMENT: 3 23 CV 21174 ZNQ TJB

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

YOU CAN NOW PRINT A RECEIPT ONLINE AS A
PAYMENT CONFIRMATION FOR YOUR RECORD.
SAVE A STAMP, TIME AND EFFORT AND PAY
THIS INVOICE ONLINE! YOU MAY USE
VISA, MASTERCARD, AMERICAN EXPRESS,
DISCOVER OR EVEN A PAYPAL ACCOUNT!



## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #: 20231023140924
AMOUNT DUE: $158.00
DUE DATE: 12/6/2023

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$158.00**   INVOICE#: 20231023140924   INVOICE DATE: **11/6/2023**
ATTORNEY: MARY B. LOGAN, PRO SE
FIRM: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT: NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#: 3 23 CV 21174 ZNQ TJB   CLAIM#:
ENTITY SERVED: NED LAMONT, GOVERNOR, STATE OF CONNECTICUT
SERVED WITH: SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE: **10/25/2023**   COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |___|/|___|/|__| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |__|__|.|____|.|__| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$158.00** | CARD/CHECK#: |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #: 20231023140924
AMOUNT DUE: $158.00
DUE DATE: 12/6/2023

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #:
EXPIRATION: |__|/|__|
SIGNATURE: _____


20231023140924

**\*\*\* To Pay Online Go To "My Account" \*\*\***

2023|023|40924

**UNITED STATES DISTRICT COURT**
**District of New Jersey**



*244426*

**AFFIDAVIT OF SERVICE**

Index no :**3:23-CV-21174-ZNQ-TJB**

**Mary Basile Logan, individually and on behalf of those similarly situated, Pro-Se**

Plaintiff(s),

vs.

**Ned Lamont, in his official capacity as Governor of Connecticut, et al**

Defendant(s).

_____ /

**STATE OF CONNECTICUT**
                                              **ss: East Hartford**
**HARTFORD COUNTY**

**Sandra Yade**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the State of Connecticut.

On **10/25/2023** at **10:23 AM**, I served the within **Summons and Complaint, Verification and Exhibits** on **Ned Lamont, Governor, State of Connecticut** at **Attorney General's Office165 Capitol Avenue,, Hartford, CT 06106** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of each to **Nina Copeland, Administrative Assistant/Authorized,** a person of suitable age and discretion. Said premises is recipient's actual place of business within the state.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin/race | Color of hair | Age | Height | Weight |
|-----|--------------------|---------------|-----|--------|--------|
| Female | Black | Black | 45 | 5'5" | 200 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
October 26, 2023
by an affiant who is personally known to
me or produced identification.

NOTARY PUBLIC
My Commission Expires: _____

X_____
Sandra Yade
Guaranteed Subpoena
2009 Morris Avenue
Union, NJ 07083
1 800 672-1952
Atty File#:

AMY J. CHANTRY
*NOTARY PUBLIC*
My Commission Expires Mar. 31, 2028

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

  

## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20231023141402 |
| AMOUNT DUE: | $158.00 |
| DUE DATE: | 11/30/2023 |

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$158.00**   INVOICE#: 20231023141402   INVOICE DATE: **10/31/2023**
ATTORNEY:           MARY B. LOGAN, PRO SE
FIRM:               MARY B. LOGAN, PRO SE
PLAINTIFF:          MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:          NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:            3 23 CV 21174 ZNQ TJB          CLAIM#:
ENTITY SERVED:      LETITIA JAMES, ATTORNEY GENERAL
SERVED WITH:        SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:        **10/24/2023**          COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |_|_|/|_|_|/|_|_| |
| SERVICE FEE: | $150.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |_|_|,|_|_|_|.|_|_| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$158.00** | CARD/CHECK#: |_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_|_| |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | 20231023141402 |
| AMOUNT DUE: | $158.00 |
| DUE DATE: | 11/30/2023 |

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

CARD #: |_|_|_|/|_|_|_|_|_|_|_|_|_|_|_|_|_|_|

EXPIRATION: |_|_|/|_|_|

SIGNATURE: _____

20231023141402

**\*\*\* To Pay Online Go To "My Account" \*\*\***

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
20231023141402

AO 440 (Rev. 06/12) Summons in a Civil Action        **RETURN OF SERVICE**

SERVICE OF:      **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**
EFFECTED (1) BY ME:  Angela Roy
TITLE:           **PROCESS SERVER**

                                        DATE: 10/24/23 @ 9:15 AM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant

LETITIA JAMES, ATTORNEY GENERAL

Place where served:

NY STATE CAPITOL BUILDING   ALBANY  NY  12231

[X] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

_____ Anthony Milazzo, Office Assistant I _____

Relationship to defendant  _____

Description of Person Accepting Service:

SEX: M  AGE: 35  HEIGHT: 5'10"  WEIGHT: 200 lb.     SKIN: White   HAIR: Brown  OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

---

**STATEMENT OF SERVER**

TRAVEL $ _____._____          SERVICES $ _____._____          TOTAL $_____._____

---

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10 / 24 / 2023                                                   L.S.

                    SIGNATURE OF _____ Angela Roy
                    GUARANTEED SUBPOENA SERVICE, INC.
                            2009 MORRIS AVENUE
                            UNION, NJ 07083

ATTORNEY:    MARY B. LOGAN, PRO SE
PLAINTIFF:   MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY
DEFENDANT:   SITUATED, PRO-SE
VENUE:       NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET:      DISTRICT
COMMENT:     3 23 CV 21174 ZNQ TJB

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**



## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | **20231023142419** |
| AMOUNT DUE: | **$93.00** |
| DUE DATE: | **12/3/2023** |

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

| | | |
|---|---|---|
| **AMOUNT DUE: $93.00** | INVOICE#: 20231023142419 | INVOICE DATE: **11/3/2023** |
| ATTORNEY: | MARY B. LOGAN, PRO SE | |
| FIRM: | MARY B. LOGAN, PRO SE | |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P | |
| DEFENDANT: | NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL | |
| DOCKET#: | 3 23 CV 21174 ZNQ TJB | CLAIM#: |
| ENTITY SERVED: | TAHESHA WAY, LT, GOVERNOR NJ | |
| SERVED WITH: | SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS | |
| SERVED DATE: | 10/23/2023 | COURT DATE: |

| | | | |
|---|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: | \|__\|/\|__\|/\|__\| |
| SERVICE FEE: | $85.00 | | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: | **PAID** |
| PRIORITY FEE: | $0.00 | | |
| PICKUP FEE: | $0.00 | [ ] CHECK | |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA | |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD | |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER | |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS | |
| VIDEO/MISC. FEE: | $8.00 | | |
| TOTAL: | **$93.00** | CARD/CHECK#: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| | |

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

| | |
|---|---|
| INVOICE #: | **20231023142419** |
| AMOUNT DUE: | **$93.00** |
| DUE DATE: | **12/3/2023** |

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

**PAID**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

EXPIRATION: \|__\|/\|__\|

SIGNATURE: _____

20231023142419

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20231023142419

AO 440 (Rev. 06/12) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|

SERVICE OF:
EFFECTED (1) BY ME: **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**
TITLE: **SANDRA WILSON**
**PROCESS SERVER**

DATE: **10/23/2023 4:28:00 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

TAHESHA WAY, LT, GOVERNOR NJ                     ✱ served via email

Place where served:

33 WEST STATE STREET   TRENTON  NJ  08608

[  ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

| STATEMENT OF SERVER |
|---|

TRAVEL $ _____.____                SERVICES $ _____.____                TOTAL $ _____.____

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 11 / 2 /2023

SIGNATURE OF SANDRA WILSON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: MARY B. LOGAN, PRO SE
PLAINTIFF: MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY
DEFENDANT: SITUATED, PRO-SE
VENUE: NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET: DISTRICT
COMMENT: 3 23 CV 21174 ZNQ TJB

## International

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| **Sent:** | Monday, October 23, 2023 4:33 PM |
| **Subject:** | Relayed: 20231023142419c.pdf   20231023142419 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

NJAG.ElectronicService.CivilMatters@law.njoag.gov

Subject: 20231023142419c.pdf 20231023142419

1

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**



# INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #:     20231023141452
AMOUNT DUE:  $93.00
DUE DATE:      12/3/2023

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$93.00**   INVOICE#: 20231023141452   INVOICE DATE: **11/3/2023**
ATTORNEY:       MARY B. LOGAN, PRO SE
FIRM:           MARY B. LOGAN, PRO SE
PLAINTIFF:      MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:      NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:        3 23 CV 21174 ZNQ TJB                         CLAIM#:
ENTITY SERVED:  SEJAL HATHI, DEPUTY COMMISSIONER
SERVED WITH:    SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:    10/26/2023                      COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |
| SERVICE FEE: | $85.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$93.00** | CARD/CHECK#: |

**PAID**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:       20231023141452
AMOUNT DUE:    $93.00
DUE DATE:        12/3/2023

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa  [ ] MasterCard  [ ] Discover  [ ] American Express

**PAID**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #: |__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|__|

EXPIRATION: |__|__|/|__|__|

SIGNATURE: _____



20231023141452

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20231023141452

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS** **SANDRA WILSON** **PROCESS SERVER** |
|---|---|

. DATE: **10/26/2023 11:19:00 AM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

SEJAL HATHI, DEPUTY COMMISSIONER

Place where served:

COMMISSIONER OF PUBLIC HEALTH SVS 55 N WILLOW ST TRENTON NJ 08625

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant _____

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

[X] served via email. See attached

| | **STATEMENT OF SERVER** | |
|---|---|---|
| TRAVEL$ _____.____ | SERVICES $_____.____ | TOTAL $_____.____ |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10/2/2023

SIGNATURE OF SANDRA WILSON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| ATTORNEY: | MARY B. LOGAN, PRO SE |
|---|---|
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY |
| DEFENDANT: | SITUATED, PRO-SE |
| VENUE: | NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR; ET AL |
| DOCKET: | DISTRICT |
| COMMENT: | 3 23 CV 21174 ZNQ TJB |

**GSS**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | njag.electronicservice.civilmatters@law.njoag.gov |
| **Sent:** | Thursday, October 26, 2023 11:21 AM |
| **Subject:** | Relayed: in20231023141452.pdf |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

njag.electronicservice.civilmatters@law.njoag.gov

Subject: in20231023141452.pdf

## GSS

| | |
|---|---|
| **From:** | NJAG.ElectronicService.CivilMatters |
| | <NJAG.ElectronicService.CivilMatters@law.njoag.gov> |
| **Sent:** | Thursday, October 26, 2023 11:25 AM |
| **To:** | GSS |
| **Subject:** | Automatic reply: in20231023141452.pdf |

This is an auto-reply confirming receipt of your email.
Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.

The Attorney General is not authorized to accept electronic service on behalf of:

(1) current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Attorney General Matthew J. Platkin and the Director of Law, Michael T.G. Long; and

(2) State entities that have statutory authority to sue-and-be sued.
The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.

If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.

If a notice of rejection is not received within five business days, service is effective as of the date of this email.
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056  (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
www.Served.com



## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #:       20231023142616
AMOUNT DUE:      $28.00
DUE DATE:        12/3/2023

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$28.00**       INVOICE#: 20231023142616       INVOICE DATE: **11/3/2023**
ATTORNEY:                    MARY B. LOGAN, PRO SE
FIRM:                        MARY B. LOGAN, PRO SE
PLAINTIFF:                   MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:                   NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:                     3 23 CV 21174 ZNQ TJB                        CLAIM#:
ENTITY SERVED:               MATTHEW PLATKIN, ATTORNEY GENERAL
SERVED WITH:                 SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:                 10/23/2023                    COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON: |
| BULK SERVICE FEE: | $20.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID: |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$28.00** | CARD/CHECK#: |

**PAID**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:       20231023142616
AMOUNT DUE:      $28.00
DUE DATE:        12/3/2023

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa [ ] MasterCard [ ] Discover [ ] American Express

**PAID**

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #:

EXPIRATION:

SIGNATURE:

20231023142616

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20231023142616

AO 440 (Rev. 06/12) Summons in a Civil Action

## RETURN OF SERVICE

SERVICE OF: **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**
EFFECTED (1) BY ME: **SANDRA WILSON**
TITLE: **PROCESS SERVER**

DATE: **10/23/2023 4:20:00 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

MATTHEW PLATKIN, ATTORNEY GENERAL

Place where served:

STATE OF NEW JERSEY   TRENTON NJ 08625

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

[X] Served via email, see attached

## STATEMENT OF SERVER

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 10/2/2023

_____ L.S
SIGNATURE OF SANDRA WILSON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY:    MARY B. LOGAN, PRO SE
PLAINTIFF:    MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY
DEFENDANT:    SITUATED, PRO-SE
VENUE:    NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET:    DISTRICT
COMMENT:    3 23 CV 21174 ZNQ TJB

## International

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| **Sent:** | Monday, October 23, 2023 4:20 PM |
| **Subject:** | Relayed: 20231023142616c.pdf  20231023142616    Mary Basile Logan, Individually and on behalf of those similary situated, Pro-se vs. Ned Lamont, in his official capacity as Governor, ET AL |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

NJAG.ElectronicService.CivilMatters@law.njoag.gov

Subject: 20231023142616c.pdf 20231023142616 Mary Basile Logan, Individually and on behalf of those similary situated, Pro-se vs. Ned Lamont, in his official capacity as Governor, ET AL

## International

| From: | NJAG.ElectronicService.CivilMatters |
|---|---|
| | <NJAG.ElectronicService.CivilMatters@law.njoag.gov> |
| **Sent:** | Monday, October 23, 2023 4:21 PM |
| **To:** | International |
| **Subject:** | Automatic reply: 20231023142616c.pdf  20231023142616   Mary Basile Logan, |
| | Individually and on behalf of those similary situated, Pro-se vs. Ned Lamont, in his |
| | official capacity as Governor, ET AL |

This is an auto-reply confirming receipt of your email.
Pursuant to revised R. 4:4-4(a)(7), the Attorney General is authorized to accept electronic service upon the State and State departments and agencies.

The Attorney General is not authorized to accept electronic service on behalf of:

(1) current or former State officers or employees with the exception of Governor Philip Murphy, New Jersey Attorney General Matthew J. Platkin and the Director of Law, Michael T.G. Long; and

(2) State entities that have statutory authority to sue-and-be sued.
The Attorney General reserves the right to reject your attempt to serve an individual or entity identified above.

If your attempt to serve is rejected, a message will be sent to the email address from which the Summons and Complaint was received within five business days.

If a notice of rejection is not received within five business days, service is effective as of the date of this email.
CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

**YOU CAN NOW RETRIEVE A COPY OF THIS INVOICE ONLINE AT WWW.SERVED.COM-- CLICK ON MY ACCOUNT!**

**Guaranteed Subpoena Service, Inc.**
P.O. Box 2248 - Union, New Jersey 07083
(908) 687-0056   (800) 672-1952
Fax: (908) 688-0885 Tax ID 22-2393485
**www.Served.com**

**YOU CAN NOW PRINT A RECEIPT ONLINE AS A PAYMENT CONFIRMATION FOR YOUR RECORD. SAVE A STAMP, TIME AND EFFORT AND PAY THIS INVOICE ONLINE! YOU MAY USE VISA, MASTERCARD, AMERICAN EXPRESS, DISCOVER OR EVEN A PAYPAL ACCOUNT!**



## INVOICE

MARY B. LOGAN, PRO SE
MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX
5237
CLINTON NJ 08809

INVOICE #:      **20231023142111**
AMOUNT DUE:     **$83.00**
DUE DATE:       **12/3/2023**

**PAID**

**WE RESERVE THE RIGHT TO CHARGE 18% APR INTEREST (0.049315% DPR PAST THE DUE DATE) ON ALL UNPAID BALANCES.**

Tear along the perforation and keep the middle stub for yourself! Return the bottom stub with your payment. Thank you for your business!

AMOUNT DUE: **$83.00**     INVOICE#: **20231023142111**     INVOICE DATE: **11/3/2023**
ATTORNEY:        MARY B. LOGAN, PRO SE
FIRM:            MARY B. LOGAN, PRO SE
PLAINTIFF:       MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY SITUATED, P
DEFENDANT:       NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL
DOCKET#:         3 23 CV 21174 ZNQ TJB          CLAIM#:
ENTITY SERVED:   PHILIP DUNTON MURPHY, GOVERNOR OF NJ
SERVED WITH:     SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS
SERVED DATE:     10/23/2023          COURT DATE:

| | | |
|---|---|---|
| ATTENDANCE FEE: | $0.00 | PAYMENT SENT ON:  \|__\|/\|__\|/\|__\| |
| SERVICE FEE: | $75.00 | |
| MILEAGE FEE: | $0.00 | AMOUNT PAID:  \|__\|,\|____\|.\|__\| |
| PRIORITY FEE: | $0.00 | |
| PICKUP FEE: | $0.00 | [ ] CHECK |
| INCORRECT ADDRESS FEE: | $0.00 | [ ] VISA |
| DOCUSIGN/NOTARY FEE: | $0.00 | [ ] MASTERCARD |
| CASH ATTACHED: | $0.00 | [ ] DISCOVER |
| WAIT TIME | $0.00 | [ ] AMERICAN EXPRESS |
| VIDEO/MISC. FEE: | $8.00 | |
| TOTAL: | **$83.00** | CARD/CHECK#:  \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\| |

**PAID**

Tear along the perforation and keep the middle stub for your records! Return the bottom stub with your payment. Thank you for your business!

**EFFECTIVE JULY 1, 2022, ALL NO-SERVES WILL RESULT IN AN AUTOMATIC AFFIDAVIT OF DUE DILIGENCE. PLEASE CHECK LATEST PRICING ON OUR WEBSITE.**

MARY B. LOGAN, PRO SE
TRINO PARALEGAL SERVICES, LLC POST OFFICE BOX 5237
CLINTON NJ 08809

INVOICE #:      **20231023142111**
AMOUNT DUE:     **$83.00**
DUE DATE:       **12/3/2023**

For the fastest resolution to your billing inquiry, email us at:
**Billing@Served.com**

[ ] CHECK

[ ] Visa   [ ] MasterCard   [ ] Discover   [ ] American Express

GUARANTEED SUBPOENA SERVICE, INC.
**WWW.SERVED.COM**
P.O. BOX 2248
UNION, NJ 07083

CARD #:  \|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|__\|

**PAID**

EXPIRATION:  \|__\|__\|/\|__\|__\|

SIGNATURE: _____



20231023142111

**\*\*\* To Pay Online Go To "My Account" \*\*\***

20231023142111

| AO 440 (Rev. 06/12) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|

| SERVICE OF:<br>EFFECTED (1) BY ME:<br>TITLE: | **SUMMONS AND COMPLAINT, VERIFICATION, EXHIBITS**<br>**SANDRA WILSON**<br>**PROCESS SERVER** |
|---|---|

DATE: **10/23/2023 4:22:00 PM**

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

PHILIP DUNTON MURPHY, GOVERNOR OF NJ

Place where served:

225 W STATE STREET    TRENTON  NJ  08608

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant

Description of Person Accepting Service:

SEX:____ AGE:_____ HEIGHT:_____ WEIGHT:_____ SKIN:_____ HAIR:_____ OTHER:_____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

[X] Served via email

**STATEMENT OF SERVER**

TRAVEL$ _____.____          SERVICES $_____.____          TOTAL $_____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 11/2/2023                                   L.S.

SIGNATURE OF SANDRA WILSON
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | MARY B. LOGAN, PRO SE |
| PLAINTIFF: | MARY BASILE LOGAN, INDIVIDUALLY AND ON BEHALF OF THOSE SIMILARY |
| DEFENDANT: | SITUATED, PRO-SE |
| VENUE: | NED LAMONT, IN HIS OFFICIAL CAPACITY AS GOVERNOR, ET AL |
| DOCKET: | DISTRICT |
| COMMENT: | 3 23 CV 21174 ZNQ TJB |

**International**

| | |
|---|---|
| **From:** | Mail Delivery System <MAILER-DAEMON@dispatch1-us1.ppe-hosted.com> |
| **To:** | NJAG.ElectronicService.CivilMatters@law.njoag.gov |
| **Sent:** | Monday, October 23, 2023 4:26 PM |
| **Subject:** | Relayed: 20231023142111c.pdf  20231023142111 |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

NJAG.ElectronicService.CivilMatters@law.njoag.gov

Subject: 20231023142111c.pdf 20231023142111



Ms. Mary Basile Logan
27 Cherry St
Lebanon, NJ 08833-2149

RECEIVED

AT 8:30
NOV 16 2023

CLERK, U.S. DISTRICT COURT - DNJ
M

United States District Court
Clerk of Court Clarkson S. Fisher Bldg.
U.S. Courthouse

402 East State Street

Trenton NJ
08608.



Retail

RDC 03     0 Lb 5.30 Oz

08608