## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro se*; <br><br> Plaintiff, <br><br> v. <br><br> NED LAMONT, et al., <br><br> Defendants. | Civil Action No. 3:23-cv-21174 (ZNQ) (TJB) <br><br> **NOTICE OF MOTION** <br><br> **Return date: December 18, 2023** |

**TO:**  **Ms. Mary Basile Logan**
**27 Cherry Street**
**Lebanon, New Jersey 08833**
**trino@trinops.com**
*Plaintiff pro se*

**PLEASE TAKE NOTICE** that on December 18, 2023, or as soon thereafter as counsel can be heard, the undersigned attorney for Defendant the Democratic National Committee (the "DNC") shall move before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 4W, Trenton, New Jersey 08608, for an order, pursuant to Local Rule 101.1(c), admitting *pro hac vice* Shawn Crowley, Esq. and Maximillian Feldman, Esq. of Kaplan Hecker & Fink, LLP to assist with the representation of the DNC in the above-captioned matter (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, the DNC submits herewith the certifications of Nicole G. McDonough, Esq., Shawn Crowley, Esq., and Maximillian Feldman, Esq.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested if timely opposition is filed.

10188048 v1

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is submitted herewith.

Respectfully submitted,

*/s/ Nicole G. McDonough*
Nicole G. McDonough
**SILLS CUMMIS & GROSS P.C.**
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-5967
Fax: (973) 643-6500
nmcdonough@sillscummis.com

*Attorneys for Defendant,*
*The Democratic National Committee*

Dated: November 17, 2023

10188048 v1