

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
P.O. BOX 112
TRENTON, NJ 08625-0112

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL T.G. LONG
*Director*

November 27, 2023

***Via the CM/ECF system***
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

    Re: <u>Logan v. Lamont, et al.</u>
        **Civil Action No. 3:23-cv-21174-ZNQ-TJB**

Dear Judge Quraishi:

    I represent Defendants, Governor Phil Murphy; Lt. Governor Tahesha Way; former Commissioner of the New Jersey Department of Health ("DOH"), Judith Persichilli; Sejal Hathi; and New Jersey Attorney General Matthew Platkin (collectively, "New Jersey State Defendants"), in the above-referenced matter. **I write to request that all New Jersey State Defendants be permitted to answer, move or otherwise respond to Plaintiff's amended complaint on or before December 20, 2023**.

    Plaintiff's original complaint was filed on October 13, 2023, and, upon information and belief, prior to effecting service on any defendants, she filed an amended complaint on October 23, 2023, which averred claims against New Jersey State Defendants and several other out-of-state defendants. (D.E. #1, #6). According to Plaintiff's Affidavit of Service, service on certain New Jersey State Defendants purportedly occurred on October 23, 2023 and October 26, 2023 "via email." (D.E. #16). Even so, Plaintiff served former DOH Commissioner, Judith



HUGHES JUSTICE COMPLEX • TELEPHONE: 609-376-3200 • FAX: 609-777-4036
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

Page 2

Persichilli on November 15, 2023, and after obtaining the clerk's automatic extension, the date for former Commissioner Persichilli to answer, move or otherwise respond is currently on December 20, 2023.  (*See* Clerk's Text Order on November 20, 2023).

      To avoid having New Jersey State Defendants respond to the amended complaint on different dates, and to permit them to have additional time to assess and meaningfully answer it, they request a joint response date coinciding with former Commissioner Persichilli's deadline to respond, which, once again, is December 20, 2023.

      I thank Your Honor for your kind consideration of this request.

      Respectfully submitted,

      MATTHEW J. PLATKIN
      ATTORNEY GENERAL OF NEW JERSEY

By: *[signature]*
      Michael R. Sarno
      Deputy Attorney General

cc: All counsel via the CM/ECF system
    Mary B. Logan, Plaintiff pro se (via the CM/ECF system and regular mail)