## TESTA HECK TESTA & WHITE, P.A.
*Counselors at Law*

MICHAEL L. TESTA
CERTIFIED CIVIL TRIAL ATTORNEY
CERTIFIED CRIMINAL TRIAL ATTORNEY
TODD W. HECK, LL.M.
MASTERS DEGREE IN TAXATION
MEMBER NJ, NY AND PA BAR
MICHAEL L. TESTA, JR., LL.M
MASTERS DEGREE IN TRIAL ADVOCACY
JUSTIN R. WHITE
MEMBER NJ AND PA BAR

OF COUNSEL:
THOMAS GRIMM

424 LANDIS AVENUE
VINELAND, NEW JERSEY 08360-8198

P.O. Box 749
VINELAND, NEW JERSEY 08362-0749
856.691.2300 • FAX 856.691.5655

Email: info@testalawyers.com
www.testalawyers.com

ROBERT J. CASELLA
STEPHEN E. PARREY
CHRISTIAN P. BUTRICA

FRANK G. BASILE
1963-2005 (NJ Bar Admission)
FRANK J. TESTA
1940-2001 (NJ Bar Admission)
RENEE E. SCROCCA
1985-2014 (NJ Bar Admission)

**VIA ECF**
Hon. Zahid N. Quraishi, U.S.D.J.
United States District Court for the District of New Jersey
402 East State Street
Trenton, New Jersey 08608

November 29, 2023

**Re:** *Logan v. Lamont*, No. 3:23-cv-21174

Dear Judge Quraishi:

I represent the Republican National Committee (RNC), one of the named Defendants in this case. I write to request that the RNC be permitted to respond to the Plaintiff's amended complaint by December 20, 2023.

The Plaintiff filed her initial complaint on October 13, 2023, and an amended complaint on October 23. The Plaintiff served the RNC on October 26, and the RNC obtained an extension to respond to the complaint by November 30 under Local Rule 6.1(b).

The RNC now requests that its deadline to respond to the amended complaint be extended to December 20, 2023, to align with the New Jersey defendants' newly granted deadline. *See* Doc. 24. Permitting the RNC to respond to the complaint by December 20 will permit the RNC more time to assess the lengthy complaint and adequately respond, and it will ensure a more efficient briefing schedule by aligning defendants' deadlines.

Thank you for considering this request.

Very respectfully,

It is on this 30th day of November, 2023
SO ORDERED.

/s/ Michael L. Testa
Michael L. Testa

s/Tonianne J. Bongiovanni
Hon. Tonianne J. Bongiovanni