UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY BASILE LOGAN, individually and on behalf of those similarly situated, *Pro-Se*; <br><br> Plaintiff, <br><br> NED LAMONT, in his official capacity as Governor of Connecticut; <br><br> JOHN CARNEY, in his official capacity as Governor of Delaware; <br><br> CHARLIE BAKER, in his official former capacity as Governor of Massachusetts; <br><br> WES MOORE, in his official capacity as Governor of Maryland; <br><br> LAWRENCE J. HOGAN, in his former capacity as Governor of Maryland and in his capacity as Chair, for the National Governors Association (NGA); <br><br> PHIL MURPHY, in his official capacity as Governor of New Jersey, and as former Chair of the National Governors Association (NGA); <br><br> TAHESHA WAY, in her former capacity as Secretary of State, as former President of the National Association of Secretaries of State, and her current capacity as Lt. Governor, New Jersey; <br><br> JUDITH PERSICHILLI, in her official capacity as then-Commissioner of Health for the State of New Jersey; <br><br> SEJAL HATHI, in her official capacity as Deputy Commissioner for Public Health Services; <br><br> MATTHEW PLATKIN, in his official capacity as Attorney General of the State of New Jersey; | **IT IS SO ORDERED** this **2nd** day of **January 2024**; Defendants' Motions to Dismiss (ECF Nos. 22, 23, 27, 46, 47) Plaintiff's Motion for Leave to File a Second Amended Complaint (ECF No. 49) are hereby **DENIED** as moot. <br><br> s/ Zahid N. Quraishi <br> **ZAHID N. QURAISHI** <br> **UNITED STATES DISTRICT JUDGE** <br><br><br> DOCKET NO.: 3:23-cv-21174 ZNQ-TJB |

KATHY HOCHUL, in her official capacity as Governor of New York;

ANDREW CUOMO, in his former capacity as Governor of New York and his capacity as Vice-Chair of the National Governors Association;

LETITIA JAMES, in her capacity as Attorney General of the State of New York;

TOM WOLF, in his official capacity as Governor of Pennsylvania;

DAN MCKEE, in his official capacity as Governor of Rhode Island;

KRISTEN CLARKE, in her official capacity as Assistant Attorney General, Department of Justice, Civil Rights Division;

MIGUEL CARDONA, in his official capacity as the United States Secretary of Education;

THE DEMOCRATIC NATIONAL COMMITTEE;

THE REPUBLICAN NATIONAL COMMITTEE;

JOHN DOES (1-100)

JANE DOES (1-100)
      Defendants.

# NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Mary Basile Logan, hereby gives notice that pursuant to Rule 41(1)(A)(i) she is voluntarily dismissing this action without prejudice.

December 29, 2023                      Respectfully submitted,

By: /s/ Mary B. Logan
Mary B. Logan
*Pro-Se* Plaintiff
Post Office Box 5237
Clinton, New Jersey 08809
(O) 908-200-7294

## CERTIFICATION OF SERVICE

I HEREBY CERTIFY that on December 29, 2023, the foregoing was served via the Court's CM/ECF System upon:

| | |
|---|---|
| Ashley Gagnon, Esq. **_Sent via Email_**<br>Assistant Attorney General<br>State of Massachusetts<br>One Ashburton Place, 20th Floor<br>Boston, Massachusetts 02108 | Counsel for Charlie Baker |
| Joshua I. Sherman, Esq. **_Sent Via Email_**<br>Calcagni & Kanefsky<br>One Newark Center<br>1085 Raymond Boulevard, 14th Floor<br>Newark, New Jersey 07102 | Counsel for Defendants<br>Westley Moore and Lawrence Hogan |
| Michael R. Sarno, Esq. **_Sent Via Email_**<br>State of New Jersey<br>Office of the Attorney General<br>Div. of Law<br>25 Market Street<br>Trenton, New Jersey 08625-0112 | Counsel for New Jersey Defendants<br>Phil Murphy, Tahesha Way, Sejal Hathi,<br>Judith Persichilli, Matthew Platkin |

| | |
|---|---|
| Frances Folifione, Esq. **_Sent Via Email_** <br> State of New York <br> Assistant Attorney General <br> 28 Liberty Street <br> New York, New York  10005 | Counsel for Kathy Hochul and Letitia James |
| Kevin Bradford, Esq. **_Sent Via Fax_** <br> Commonwealth of Pennsylvania <br> Office of the Attorney General <br> 1600 Arch Street, Suite 300 <br> Philadelphia, PA  19103 | Counsel for Tom Wolfe |
| Michael L. Testa, Esq. **_Sent Via Fax_** <br> Christian P. Butrica, Esq. **_Sent Via Fax_** <br> 424 W. Landis Avenue <br> Vineland, New Jersey  08360 | Counsel for the Republic National Committee |

Thomas R. McCarthy, Esq. *pro hac vice (Pending)*  **_Sent Via Fax_**
Conor D. Woodfin, Esq. Esq. *pro hac vice (Pending)* **_Sent Via Fax_**
Consovoy McCarthy
1600 Wilson Boulevard, Suite 700
Arlington, VA  22209

| | |
|---|---|
| Nicole G. McDonough, Esq. **_Sent Via Fax_** <br> Sills Cummis & Gross PC <br> One Riverfront Plaza <br> Newark, New Jersey 07012 | Counsel for the Democratic National Committee |

Shawn G. Crowley, Esq., *pro hac vice* **_Sent Via Fax_**
Maximillian Feldman, Esq. *pro hac vice* **_Sent Via Fax_**
Kaplan Hecker & Fink LLP
350 Fifth Avenue, 63rd Floor
New York, NY  10018


By:     /s/ Mary B. Logan
         Mary Basile Logan
         *Pro-Se* Plaintiff